**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF ALABAMA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Shannon** <br> First name <br><br> **L.** <br> Middle name <br><br> **Bryant** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br><br> Middle name <br><br><br> Last name and Suffix (Sr., Jr., II, III) |
| | Bring your picture identification to your meeting with the trustee. | | |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Shannon Bryant** <br> **Shannon Lenn Bryant** <br> **FDBA  Kustom Paint & Body** <br> **FDBA  Shannon Bryant Paint and Body Shop** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9290 | |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5.** **Where you live**

About Debtor 1:

**207 Huckleberry Drive**
**Andalusia, AL 36420**
Number, Street, City, State & ZIP Code

**Covington**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**PO Box 2075**
**Andalusia, AL 36420**
Number, P.O. Box, Street, City, State & ZIP Code

About Debtor 2 (Spouse Only in a Joint Case):

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
| --- | --- |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| --- | --- | --- | --- | --- | --- |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| --- | --- | --- | --- | --- |
| District | _____ | When | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| **Part 3:** | Report About Any Businesses You Own as a Sole Proprietor |
| --- | --- |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ **No.**   Go to Part 4.

■ **Yes.**   Name and location of business

**See Attachment**

Name of business, if any

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ **No.**   I am not filing under Chapter 11.

☐ **No.**   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ **Yes.**   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
| --- | --- |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

Number, Street, City, State & Zip Code

Case 25-30558   Doc 1   Filed 03/10/25   Entered 03/10/25 13:29:16   Desc Main
Document      Page 4 of 157

| Debtor 1 | Shannon L. Bryant | Case number *(if known)* | |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Shannon L. Bryant**

| **Shannon L. Bryant** | Signature of Debtor 2 |
|---|---|
| Signature of Debtor 1 | |

Executed on   **3/5/2025**                          Executed on _____
                MM / DD / YYYY                                        MM / DD / YYYY

| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

**/s/ J. KAZ ESPY**                                         Date    **3/5/2025**
Signature of Attorney for Debtor                                      MM / DD / YYYY

**J. KAZ ESPY ASB-0122-A63E**
Printed name

**THE ESPY FIRM**
Firm name

**326 N OATES ST**
**P O DRAWER 6504**
**DOTHAN, AL 36302-6504**
Number, Street, City, State & ZIP Code

Contact phone   **334-793-6288**                          Email address  _____

**ASB-0122-A63E AL**
Bar number & State

**Fill in this information to identify your case:**

| Debtor 1 | **Shannon L. Bryant** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF ALABAMA

Case number
(if known)    _____

☐ Check if this is an
amended filing

## FORM 101. VOLUNTARY PETITION ATTACHMENT

## <u>Additional Sole Proprietorship(s)</u>

**Shannon L. Bryant**
Name of business, if any

**fdba Kustom Paint & Body**
**1763 Stanley Ave.**
**Andalusia, AL 36420**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

**Shannon L. Bryant**
Name of business, if any

**fdba Shannon Bryant Paint and Body Shop**
**Hwy 55 South**
**Andalusia, AL 36420**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

| Debtor 1 | **Shannon L. Bryant** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF ALABAMA

Case number
(if known)  _____

☐ Check if this is an
amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest
## Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | **Unsecured claim** |
|---|---|---|

**1**

What is the nature of the claim?   **2020 Caterpillar 299D3**       $133,124.92
**Compact Truck**
**Loader**
**VIN#**
**CAT0299DKDY901249**
**& 2021 70in Skid**
**Steer Root Rake**

**DAKOTA FINANCIAL, LLC**
**11766 WILSHIRE BLVD.**
**SUITE 550**
**LOS ANGELES, CA 90025**

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

_____

Does the creditor have a lien on your property?

_____
☐  No
Contact                                    ■  Yes. Total claim (secured and unsecured)    $178,124.92
_____          Value of security:                    -  $45,000.00
Contact phone                            Unsecured claim                        $133,124.92

---

**2**

What is the nature of the claim?   **Form 40 - Income tax**       $127,269.00
**liability (Bal. per**
**ALABAMA DEPT OF REVENUE**       **return)**
**LEGAL DIVISION**
**PO BOX 320001**                  As of the date you file, the claim is: Check all that apply
**MONTGOMERY, AL 36132-0001**       ☐  Contingent
☐  Unliquidated

Case 25-30558   Doc 1   Filed 03/10/25   Entered 03/10/25 13:29:16   Desc Main
Document      Page 9 of 157

     ☐   Disputed

     ■   None of the above apply

_____

     **Does the creditor have a lien on your property?**

_____

     ■   No

     ☐   Yes. Total claim (secured and unsecured)

Contact

             Value of security:     - _____

Contact phone              Unsecured claim     _____

---

**3**

**What is the nature of the claim?**    **Loan secured by non-estate property owned by Shyron L. Bryant, deceased (real & personal property assets located at 1763 Stanley Ave., Andalusia, Covi**    **$113,555.00**

**TROY BANK & TRUST**
**P O BOX 967**
**TROY, AL 36081**

**As of the date you file, the claim is:** Check all that apply

     ☐   Contingent
     ☐   Unliquidated
     ☐   Disputed
     ■   None of the above apply

**Does the creditor have a lien on your property?**

     ☐   No

Contact      ■   Yes. Total claim (secured and unsecured)    **$113,555.00**

             Value of security:     - **$0.00**

Contact phone              Unsecured claim     **$113,555.00**

---

**4**

**What is the nature of the claim?**    **2012; 2013; 2015; 2017 & 2018 - Form 1040 - Income tax liabilities (FTL filed in Covington Cnty, AL, on 3/25/2021 @ Bk 2021, Pg 72) (Bal. per 7/1/20**    **$97,376.66**

**INTERNAL REVENUE SERVICE**
**CENTRALIZED INSOLVENCY**
**OPERATIONS**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**

**As of the date you file, the claim is:** Check all that apply

     ☐   Contingent
     ☐   Unliquidated
     ☐   Disputed
     ■   None of the above apply

**Does the creditor have a lien on your property?**

     ■   No

Contact      ☐   Yes. Total claim (secured and unsecured)

             Value of security:     - _____

Contact phone              Unsecured claim     _____

---

**5**

**What is the nature of the claim?**    **Form 1040 - Federal income tax liability**    **$89,370.00**

**(bal. per return)** _____

**INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

_____

_____

Contact

_____

Contact phone

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:     - _____
         Unsecured claim      _____

---

**6**

**What is the nature of the claim?**    **2012; 2013; 2014;
2015; 2016; 2018; 2017
Income tax liabilities
(Balance per STL's
filed in Covington
Cnty, AL. Copies
attached)**     **Unknown**

**ALABAMA DEPT OF REVENUE
LEGAL DIVISION
PO BOX 320001
MONTGOMERY, AL 36132-0001**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

_____

_____

Contact

_____

Contact phone

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:     - _____
         Unsecured claim      _____

---

**7**

**What is the nature of the claim?**    **6/30/2022 & 9/30/2022
- 941 tax liabilities
associated w/ fdba
Kustom Paint & Body
(FTL filed in
Covington Cnty, AL,
on 2/1/2023 @ Bk
2023, Pg 33)**     **$42,748.45**

**INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

_____

_____

Contact

_____

Contact phone

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:     - _____
         Unsecured claim      _____

---

| 8 | | | |
|---|---|---|---|

**INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**

What is the nature of the claim?    **12/31/2016 (940) &
9/30/2016 (941)
Tax liabilities
associated w/ fdba
Kustom Paint & Body
(FTL filed in
Covington Cnty, AL,
on 5/31/2017 @ Bk
2017,**    $34,353.01

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:   - _____
  - Unsecured claim _____

Contact _____

Contact phone _____

| 9 | | | |
|---|---|---|---|

**INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**

What is the nature of the claim?    **940 (12/31/2022) & 941
(12/31/2022 &
3/31/2023) - Tax
liabilities associated
w/ fdba Kustom Paint
& Body
(FTL filed in
Covington Cnty, AL,
on 8/8/202**    $33,549.57

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:   - _____
  - Unsecured claim _____

Contact _____

Contact phone _____

| 10 | | | |
|----|---|---|---|

What is the nature of the claim?    **940 (12/31/2023) &
941 (6/30/2021;
9/30/2023; 12/31/2023;
3/31/2024) -
Tax liability
associated w/ fdba
Kustom Paint & Body
(FTL filed in
Covington**    $33,241.30

**INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**

■   No
☐   Yes. Total claim (secured and unsecured)

Contact                                                    Value of security:                    - _____
                                                          Unsecured claim                       _____
Contact phone

---

| 11 |  | **What is the nature of the claim?** | 6/30/2016 - 941 tax liability associated w/ fdba Kustom Paint & Body (FTL filed in Covington Cnty, AL, on 1/10/2017 @ Bk 2017, Pg 4) (Bal. per 12/1 | $31,737.96 |

**INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**

■   No
☐   Yes. Total claim (secured and unsecured)

Contact                                                    Value of security:                    - _____
                                                          Unsecured claim                       _____
Contact phone

---

| 12 |  | **What is the nature of the claim?** | 3/31/2016 - 941 tax liability associated w/ fdba Kustom Paint & Body (FTL filed in Covington Cnty, AL, on 10/12/2016 @ Bk 2016, Pg 221) (Bal. per 1 | $26,387.63 |

**INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**

■   No
☐   Yes. Total claim (secured and unsecured)                _____

Contact

---

Value of security:      -
Contact phone             Unsecured claim

---

**13**

**What is the nature of the claim?**    940 (12/31/2020;    **$21,404.34**
12/31/2021) & 941
(3/31/2020; 9/30/2020;
3/31/2021; 9/30/2021) -
Tax liabilities assoc'd
w/ fdba Kustom Paint
& Body
(FTL filed in C

**INTERNAL REVENUE SERVICE**
**CENTRALIZED INSOLVENCY**    **As of the date you file, the claim is:** Check all that apply
**OPERATIONS**
**PO BOX 7346**        ☐   Contingent
**PHILADELPHIA, PA 19101-7346**   ☐   Unliquidated
               ☐   Disputed
               ■   None of the above apply

**Does the creditor have a lien on your property?**

■   No
Contact           ☐   Yes. Total claim (secured and unsecured)
                   Value of security:    -
Contact phone              Unsecured claim

---

**14**

**What is the nature of the claim?**    12/31/2021; 3/31/2022;    **$17,555.70**
6/30/2022; 9/30/2022;
12/31/2022; 3/31/2023;
9/30/2023
Withholding tax
liabilities associated
w/ fdba Kustom Paint
& Body
(Ba

**ALABAMA DEPT OF REVENUE**
**LEGAL DIVISION**    **As of the date you file, the claim is:** Check all that apply
**PO BOX 320001**       ☐   Contingent
**MONTGOMERY, AL 36132-0001**   ☐   Unliquidated
               ☐   Disputed
               ■   None of the above apply

**Does the creditor have a lien on your property?**

■   No
Contact           ☐   Yes. Total claim (secured and unsecured)
                   Value of security:    -
Contact phone              Unsecured claim

---

**15**

**What is the nature of the claim?**    1989 Wall trailer    **$16,298.86**
VIN:
DLBT5031000891048

**COVINGTON SCHOOLS FCU**
**P O BOX 442**    **As of the date you file, the claim is:** Check all that apply
**ANDALUSIA, AL 36420-0442**    ☐   Contingent
               ☐   Unliquidated
               ☐   Disputed

---

■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)    $31,298.86

                  Value of security:    -   $15,000.00

                  Unsecured claim    $16,298.86

Contact

Contact phone

---

**16**

**What is the nature of the claim?**    **Student Loan (Deferred) (Debtor does not recall incurring this debt but same is reflected on his credit report.)**    $15,825.00

**DEPT OF ED / AIDVANTAGE
1600 TYSONS BLVD
SUITE 1400
MC LEAN, VA 22102**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Contact                   Value of security:    -

Contact phone               Unsecured claim

---

**17**

**What is the nature of the claim?**    **Sales taxes; consumers use taxes & business licenses (Tax Lien filed in Covington Cnty, AL on 10/31/2016 @ Bk 2016, Pg 2237)**    **Unknown**

**REVENUE DISCOVERY SYSTEMS
600 BEACON PKWY W.
STE 900
BIRMINGHAM, AL 35209**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Contact                   Value of security:    -

Contact phone               Unsecured claim

---

**18**

**What is the nature of the claim?**    **2008 Trailers dry van VIN: 1UYVS25308G52301 (Condition: poor -**    $12,664.19

---

trailer burned)

**COVINGTON SCHOOLS FCU**
**P O BOX 442**
**ANDALUSIA, AL 36420-0442**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)     $13,164.19
        Value of security:                    - $500.00
        Unsecured claim                         $12,664.19

Contact

Contact phone

---

**19**

**REVENUE DISCOVERY SYSTEMS**
**600 BEACON PKWY W.**
**STE 900**
**BIRMINGHAM, AL 35209**

**What is the nature of the claim?**    **Sales taxes & Consumers Use taxes (Tax lien filed in Covington Cnty, AL on 10/31/2016 @ Bk 2016, Pg 2238)**    **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:                    -
        Unsecured claim

Contact

Contact phone

---

**20**

**INTERNAL REVENUE SERVICE**
**CENTRALIZED INSOLVENCY**
**OPERATIONS**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**

**What is the nature of the claim?**    **12/31/2015 - 941 tax liability associated w/ fdba Kustom Paint & Body (FTL filed in Covington Cnty, AL, on 7/29/2016 @ Bk 2016, Pg 171) (Bal. per 1**    **$9,456.66**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:                    -

Contact

Debtor 1    **Shannon L. Bryant**             Case number *(if known)* _____

       Contact phone                  Unsecured claim        _____

---

**Part 2:**    **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ Shannon L. Bryant** _____      X   _____
    **Shannon L. Bryant**                        Signature of Debtor 2
    Signature of Debtor 1

    Date   **3/5/2025** _____           Date   _____

**Fill in this information to identify your case:**

| Debtor 1 | **Shannon L. Bryant** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF ALABAMA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

**Your assets**
Value of what you own

| | | |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B...................................................... | $ 175,160.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................ | $ 390,282.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $ 565,442.00 |

**Part 2:    Summarize Your Liabilities**

**Your liabilities**
Amount you owe

| | | |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 757,862.63 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F.*.............................. | $ 747,686.18 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F.*........................... | $ 51,219.02 |

| | |
|---|---|
| **Your total liabilities** | $ 1,556,767.83 |

**Part 3:    Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I.*................................................... | $ 18,539.85 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J.*........................................................ | $ 7,046.52 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Case 25-30558    Doc 1    Filed 03/10/25    Entered 03/10/25 13:29:16    Desc Main
Document    Page 18 of 157

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Case 25-30558    Doc 1    Filed 03/10/25    Entered 03/10/25 13:29:16    Desc Main
Document    Page 19 of 157

| Debtor 1 | Shannon L. Bryant | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF ALABAMA

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**Residence @ 207 Huckleberry Dr.**
Street address, if available, or other description

| **Andalusia** | **AL** | **36420-0000** |
|---|---|---|
| City | State | ZIP Code |

**Covington**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Parcel #23 14 07 25 2 001 031.002**

**1st mtg - Nationstar Mortgage**

**(HOMESTEAD of Debtor)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $167,560.00 | $167,560.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple (TAV - $167,560)**

☐ **Check if this is community property** (see instructions)

**If you own or have more than one, list here:**

1.2

**Approx. 0.95 acres adjoining
residence @ 207 Huckleberry Dr.**

Street address, if available, or other description

**Andalusia          AL     36420-0000**

City                State      ZIP Code

**Covington**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**Parcel #23 14 07 25 2 001 031.003**

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$7,600.00** | **$7,600.00** |

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

**Fee simple (TAV - $7,600)**

☐ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for
pages you have attached for Part 1. Write that number here.........................................................=>** | **$175,160.00**

---

**Part 2:** **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that
someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1 Make:   **Dakota Mfg. Co.**

Model:  **Trail-Eze**

Year:   **2006**

Approximate mileage:   **n/a.**

Other information:

**TE701 40 ton
Traveling Axle Trailer
VIN: #1DA72T7906P017735
(Lien: Dakota Fin'l)**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$25,000.00** | **$25,000.00** |

---

3.2 Make:   **Ford**

Model:  **F-350 SD (service
truck)**

Year:   **2003**

Approximate mileage:   **240,000**

Other information:

**Style/Body: Pickup
Trim level: XLT 4D 8 ft
Engine: 6.8L V10 SOHC 20V
Transmission: Automatic
Drive type: 4WD
Fuel type: Gasoline
VIN: # IFDWW33S23ED38736
(Lien: Local Bank)**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$3,500.00** | **$3,500.00** |

---

**3.3**  Make: **Ford**

Model: **F350 SRW Super pickup**

Year: **2015**

Approximate mileage: **250,000**

Other information:

Style/Body: Crew Cab 4D
Trim: King Ranch
Engine: 6.7L V8 DI / FI
Fuel type: Diesel
Drive type: 4WD
Transmission: Automatic
Color: Blue
VIN: 1FT8W3BT9FEB19218
(Service truck for road calls.)
Total value: $17,500
(Undivided 1/2 int. jtly w/ Kristy
Crowder)
(Lien: Local Bank)

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$17,500.00 | $8,750.00

---

**3.4**  Make: **Hummer**

Model: **H2**

Year: **2005**

Approximate mileage: **175,000**

Other information:

Style/Body: SUV 4D
Trim level: Base
Engine: 6.0L V8 SFI
Fuel type: Gasoline
Drive type: 4WD
Transmission: Automatic
Color: Gray
VIN: 5GRGN23U25H101798
Total value: $15,000
(Undivided 1/2 int. jtly w/ Kristy
Crowder)
(Lien: Local Bank)

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$15,000.00 | $7,500.00

---

**3.5**  Make: **Ford**

Model: **F-650 SD LGT CONVT truck**

Year: **2007**

Approximate mileage:

Other information:

Style/Body: Super Cab Chassis
Engine: 5.9L L6 Diesel
Color: White
VIN: 3FRWX65B67V516149
(Not operable - Scrap/junk
value)
(Lien: Local Bank)

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$500.00 | $500.00

3.6    Make:    **Chevrolet**

Model:    **C5500 (rollback)**

Year:    **2006**

Approximate mileage:    **290,000**

Other information:

**Style/Body: Conventional Cab Chassis Truck Delivery**
**Engine: 6.6L V8 Diesel**
**Color: Red**
**VIN: 1GBE5E1206F426219**
**(Lien: Local Bank)**

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$28,000.00**

Current value of the portion you own? **$28,000.00**

---

3.7    Make:    **Peterbilt**

Model:    **Conventional (wrecker)**

Year:    **1989**

Approximate mileage:    **100,000**

Other information:

**Color: White**
**VIN: 1XP5D29X2KN277713**
**(Lien: Local Bank)**

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$72,000.00**

Current value of the portion you own? **$72,000.00**

---

3.8    Make:    **Peterbilt**

Model:

Year:    **1999**

Approximate mileage:    **500,000**

Other information:

**Color: Red**
**VIN: 1XPSDR7X7N466261**
**(Used for heavy haul)**
**(Lien: Local Bank)**

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$45,000.00**

Current value of the portion you own? **$45,000.00**

---

3.9    Make:    **Peterbilt**

Model:    **378**

Year:    **2000**

Approximate mileage:    **650,000**

Other information:

**Style/Body: Conventional Cab Truck Tractor**
**Engine: 14.6L L6 Diesel**
**VIN: 1XPFDB0X2YN511049**
**(Lien: Covington Schools FCU)**

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$55,000.00**

Current value of the portion you own? **$55,000.00**

---

3.10    Make:    **Wall trailer**

Model:

Year:    **1989**

Approximate mileage:

Other information:

**VIN: DLBT5031000891048**
**(Lien: Covington Schools FCU)**

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$15,000.00**

Current value of the portion you own? **$15,000.00**

Case 25-30558    Doc 1    Filed 03/10/25    Entered 03/10/25 13:29:16    Desc Main
Document    Page 23 of 157

---

**3.11** Make: **Trailers dry van**

Model:

Year: **2008**

Approximate mileage:

Other information:

| VIN: 1UYVS25308G52301 |
| --- |
| (Condition: poor - trailer burned) |
| (Lien: Covington Schools FCU) |

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$500.00** | **$500.00** |

---

**3.12** Make: **Toyota**

Model: **Camry**

Year: **2018**

Approximate mileage: **97,000**

Other information:

| VIN: 4T1B11HKXJU135994 |
| --- |
| Total value: $15,000 |
| (Undivided 1/2 int. jtly w/ Kristy Bryant) |
| TO BE SURRENDERED |
| (Lien: Covington Schools FCU) |

Who has an interest in the property? Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$15,000.00** | **$7,500.00** |

---

**3.13** Make: **Freightliner**

Model: **FLC**

Year: **1986**

Approximate mileage: **27,000**

Other information:

| Style/Body: Tractor truck |
| --- |
| Engine: 14.0L L6 DIESEL |
| VIN# 1FUPYCYB2GH287439 |
| & |
| 1980 White 4910 TR |
| VIN: KPNC1VJ904656 |
| (Used for towing) |
| (Lien: TB&T) |

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$25,000.00** | **$25,000.00** |

---

**3.14** Make: **Chevrolet**

Model: **Corvette Stingray Z51**

Year: **2015**

Approximate mileage: **68,626**

Other information:

| Style/Body: Coupe 2D |
| --- |
| Engine: 6.2L V8 DI |
| Drive type: RWD |
| Transmission: Automatic |
| VIN: 1G1YM2D78F5101186 |
| (Lien: Credit Acceptance) |

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$20,000.00** | **$20,000.00** |

---

| 3.15 | Make: | **Buick** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model: **Envista**

Year: **2025**

Approximate mileage: **8,048**

Other information:

**Style/Body: SUV**
**Engine: 1.2L L3 TURBO**
**Trim level: Sport Touring**
**VIN: KL47LBEP6SB023811**
**Total value - $27,000**
**(Undivided 1/2 int. jtly w/**
**daughter, Andrea Lenn Bryant)**
**(Lien: Santander)**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property?  **$27,000.00**

Current value of the portion you own?  **$13,500.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

| 4.1 | Make: | **Polaris** |
|---|---|---|

**Ranger RZR 900**
Model: **Limited  Ed**

Year: **2013**

Other information:

**(Condition: poor)**
**(Junk/scrap value)**
**TO BE SURRENDERED**
**(Lien: Covington Schools FCU)**

Who has an interest in the property? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$500.00**

Current value of the portion you own?  **$500.00**

| 4.2 | Make: | **Polaris Ranger** |
|---|---|---|

Model: **RZR**

Year: **2013**

Other information:

**(Condition: Poor)**
**(Junk / scrap value)**
**TO BE SURRENDERED**
**(Lien: Covington Schools FCU)**

Who has an interest in the property? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$500.00**

Current value of the portion you own?  **$500.00**

| 4.3 | Make: | **Can-Am** |
|---|---|---|

Model: **Outlander**

Year: **2018**

Other information:

**(Lien: Covington Schools FCU)**

Who has an interest in the property? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$4,000.00**

Current value of the portion you own?  **$4,000.00**

Debtor 1    **Shannon L. Bryant**                                      Case number *(if known)*

| 4.4 | Make: | **Yamaha** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Make:    **Yamaha**

Model:   **XVS13AW**

Year:    **2007**

Other information:

VIN: JYAVP17C47A024245
(Condition: poor)
(Junk / scrap value)
TO BE SURRENDERED
(Lien: Covington Schools FCU)

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$500.00

**Current value of the portion you own?**

$500.00

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...........................................................=>

$332,250.00

**Part 3:**   Describe Your Personal and  Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

HOUSEHOLD GOODS, FURNITURE & FURNISHINGS

Living/family room - $255
Couch; chair; table; rug; lamp; mirror; picture; (4) window treatments

Dining room - $385
(6) Chairs; table; dishes; glassware

Kitchen - $361
Microwave; refrigerator; (4) rugs; utensils; dishes; misc. small kitchen appliances

Bedrooms - $579
(3) Beds, box springs &  mattresses; (3) chests; (3) rugs; (4) lamps; (3) mirrors; (4) night stands; (6) window treatments

Laundry room - $288
Washer; dryer

Linens - $40

Misc. - $84
Luggage; vacuum cleaner; (2) A/C's

$1,992.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
        including cell phones, cameras, media players, games
    ☐ No
    ■ Yes.  Describe.....

> **ELECTRONICS:**
>
> Living/family room - $270
> (2) TV's
>
> (3) Computers - $540                                        **$810.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☑ No
   - ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☐ No
   - ☑ Yes. Describe.....

> Sports equipment - $20
> Power tools / woodworking equipment - $170                  **$190.00**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☐ No
    - ☑ Yes. Describe.....

> (2) FIREARMS - $250                                         **$250.00**

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ☑ Yes. Describe.....

> Clothing/wearing apparel                                    **$150.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ☑ Yes. Describe.....

> JEWELRY - $50                                               **$50.00**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    - ☑ No
    - ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ☐ No
    - ☑ Yes. Give specific information.....

> **YARD ITEMS - $190**
> (4) Chairs; table; (2) barbeque grills; lawn mower; (3) garden
> hoses; (2) hammers; tool box                               **$190.00**

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

| | $3,632.00 |
|---|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes..........................................................................................................

| | **Cash (approx.)** | $100.00 |
|---|---|---|

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes........................                Institution name:

| 17.1. | **Checking** | **Cadence Bank (approx.)** | $1,100.00 |
|---|---|---|---|

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes..................              Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes.  Give specific information about them...................

    Name of entity:                                    % of ownership:

    **Bryants Equipment Transport, LLC, an Alabama Domestic Limited Liability Company (Debtor's operating entity and Lessee of certain equipment/vehicles)**

    **Assets:**
    **- Cadence Bank - checking account #xxxx-6807 (Bal. as of petition date - $3,000.00)**

    **Liabilities:**
    **$0.00**

| | **100%** % | $3,000.00 |
|---|---|---|

**Shannon Bryant's Wrecker, LLC, an Alabama Domestic Liability Company (Operations began in 01/2025 - Debtor's operating entity and Lessee of certain vehicles/equipment)**

**Assets:**
**- Cadence Bank - Checking account #xxxx-7020 (Opened in 1/2025) (Bal. as of petition date - $200.00)**

**Liabilities:**

| | | |
|---|---|---|
| **100%** | % | **$200.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
    Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   - ■ No
   - ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

   _____

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   - ■ No
   - ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
   - ■ No
   - ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   - ■ No
   - ☐ Yes. Name the insurance company of each policy and list its value.

   | | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|---|

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   - ☐ No
   - ■ Yes.  Give specific information..

   | | |
   |---|---|
   | **Estate of Shyron L. Bryant (Debtor's father who passed away on 10/11/2013)** <br> **(Heirs, Debtor and his sister, Mellonie Chappell of Hartselle, AL)** <br><br> **(See attachment to Schedule A/B)** | **$0.00** |

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   - ☐ No
   - ■ Yes.  Describe each claim.........

   | | |
   |---|---|
   | **Shannon Bryant dba Shannon Bryant's AutoBody and Wrecker v. Construction Sales & Service - Judgment in favor of Debtor on 3/3/2025** <br> **District Court of Covington County, AL; Case #DV-2024-900228.00** <br> **(Atty for Debtor: Rod Sylvester)** | **$5,000.00** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   - ■ No
   - ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   - ■ No
   - ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................

   | **$9,400.00** |
   |---|

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.

■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**
■ No
☐ Yes.  Describe.....

39.  **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
■ No
☐ Yes.  Describe.....

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
■ Yes.  Describe.....

| |
|---|
| **2020 Caterpillar 299D3 Compact Truck Loader**<br>**VIN# CAT0299DKDY901249**<br>**&**<br>**2021 70in Skid Steer Root Rake**<br>**(Lien: Dakota Fin'l)** |

$45,000.00

41.  **Inventory**
■ No
☐ Yes.  Describe.....

42.  **Interests in partnerships or joint ventures**
■ No
☐ Yes.  Give specific information about them...................
Name of entity:                          % of ownership:

43.  **Customer lists, mailing lists, or other compilations**
■ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

■ No
☐ Yes.  Describe.....

44.  **Any business-related property you did not already list**
■ No
☐ Yes. Give specific information.........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.......................................................................................................................**

$45,000.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|

If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    $0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ...................................................................................................    $175,160.00

56.  **Part 2: Total vehicles, line 5**                                        $332,250.00

57.  **Part 3: Total personal and household items, line 15**                   $3,632.00

58.  **Part 4: Total financial assets, line 36**                               $9,400.00

59.  **Part 5: Total business-related property, line 45**                      $45,000.00

60.  **Part 6: Total farm- and fishing-related property, line 52**             $0.00

61.  **Part 7: Total other property not listed, line 54**               +      $0.00

62.  **Total personal property.** Add lines 56 through 61...        $390,282.00    Copy personal property total        $390,282.00

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62                              $565,442.00

# SCHEDULE A/B - PROPERTY
## Attachment A

**Estate of Shyron L. Bryant:**

**Assets:**

- Commercial property @ 1763 Stanley Ave., Andalusia, Covington Cnty, AL (Parcel # 23 13 09 29 3 001 020.000) - (TAV - $231,400)
Est'd value of Debtor's interest - $115,700


- Commercial Real Property consisting of building/shop and approximately 8.6 acres located at 1763 Stanley Ave., Andalusia, AL (TAV - $231,400) and personal property (misc. hand tools & paint mixing system) subject to a 2008 Lease-Purchase Agreement between Shyron L. Bryant and Shannon L. Bryant for real and mortgage/lien in favor of Troy Bank & Trust.   Est'd value Debtor's interest - unknown


- Residence & barn on approx. 100 acres @ 34449 Bryant Rd, Covington Cnty, AL (Parcel #23 04 04 17 0 000 022.000) (TAV - $261,000) (Undivided 1/2 int. jtly w/ Sylvia Darnell Bryant aka Sylvia Moseley)
Est'd value of Debtor's interest - $65,250


- Lot on Gantt Lake / Riveria Subd, on Pier 7 Road, Covington Cnty, AL (Parcel # 23 08 02 04 0 004 006.001) (TAV - $15,400)
Est'd value of Debtor's interest - $7,700


- Approx. 0.39 acres on Pier 7 Road in Covington County, AL (Parcel #23 08 02 04 0 004 024.000) (TAV - $11,100)
Est'd value of Debtor's interest - $5,550


- Residence & approx. 19.6 acres in Covington Cnty, AL (Parcel #23 18 03 06 0 001 005.010) (TAV - $128,940)
Est'd value of Debtor's interest - $64,470

_____

**Liabilities:**

- TB&T - Accommodation mortgage on ommercial property @ 1763 Stanley Ave. - Approx. $113,555 (Loan in name of Shannon L. Bryant d/b/a Shannon Bryant's Paint and Body Shop w/ a personal guaranty of Shyron L. Bryant)

- State Tax Lien filed 12/14/2010 @ Bk 2010, Pg 2302 - $9,021.24

- Judgment recovered by Herman Vernon Salter, et al, recorded in Covington County, AL on 7/20/2009 @ Bk 2009, Pg 1301

- Judgment recovered by Capitol Chevrolet recorded in Covington County, AL on 4/17/2009 @ Bk 2009, Pg 672

- Judgment recovered by American Truck Parts, Inc., recorded in Covington County, AL on 1/23/2009 @ Bk 2009, Pg 151

- State Tax Lien filed 12/21/2007 @ Bk 2007, Pg 2546

- Claims filed in Probate Court of Covington County, AL, Case #2013-265, Est. of (Doc) Shyron Bryant (NO ESTATE FILED):

Gina Green - $221.95

Roger Knox / Roger's Refrigeration & Electrical, Inc. - $344.65

Otis Randel Curry - $13,000

John Pettie / Pettie Tree Expert & Services- $700

Camellia Auto Parts, Inc. - $1,305.71

Phillip E. Murphy - $72,254.73

| Debtor 1 | Shannon L. Bryant | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF ALABAMA

Case number
(if known)   _____

☐ Check if this is an
   amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br> *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Residence @ 207 Huckleberry Dr. Andalusia, AL 36420  Covington County** <br> **Parcel #23 14 07 25 2 001 031.002** <br><br> **1st mtg - Nationstar Mortgage** <br><br> **(HOMESTEAD of Debtor)** <br> Line from *Schedule A/B*: **1.1** | $167,560.00 | ■       $11,200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code §§ 6-10-2, 6-10-3, 6-10-4, 6-10-12; Const. Art. X, § 205** |
| **Approx. 0.95 acres adjoining residence @ 207 Huckleberry Dr. Andalusia, AL 36420  Covington County** <br> **Parcel #23 14 07 25 2 001 031.003** <br> Line from *Schedule A/B*: **1.2** | $7,600.00 | ■       $7,600.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Ala. Code §§ 6-10-2, 6-10-3, 6-10-4, 6-10-12; Const. Art. X, § 205** |

Case 25-30558   Doc 1   Filed 03/10/25   Entered 03/10/25 13:29:16   Desc Main
Document      Page 35 of 157

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **HOUSEHOLD GOODS, FURNITURE & FURNISHINGS**<br><br>**Living/family room - $255**<br>**Couch; chair; table; rug; lamp; mirror; picture; (4) window treatments**<br><br>**Dining room - $385**<br>**(6) Chairs; table; dishes; glassware**<br><br>**Kitchen - $361**<br>**Microwave; refrigerator; (4) rugs;**<br>Line from *Schedule A/B*: **6.1** | $1,992.00 | ■       $1,992.00<br>☐   100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **ELECTRONICS:**<br><br>**Living/family room - $270**<br>**(2) TV's**<br><br>**(3) Computers - $540**<br>Line from *Schedule A/B*: **7.1** | $810.00 | ■       $810.00<br>☐   100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Sports equipment - $20**<br>**Power tools / woodworking equipment - $170**<br>Line from *Schedule A/B*: **9.1** | $190.00 | ■       $190.00<br>☐   100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **(2) FIREARMS - $250**<br>Line from *Schedule A/B*: **10.1** | $250.00 | ■       $250.00<br>☐   100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Clothing/wearing apparel**<br>Line from *Schedule A/B*: **11.1** | $150.00 | ■       $150.00<br>☐   100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-126(a)(2) |
| **JEWELRY - $50**<br>Line from *Schedule A/B*: **12.1** | $50.00 | ■       $50.00<br>☐   100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-126(a)(2) |
| **YARD ITEMS - $190**<br>**(4) Chairs; table; (2) barbeque grills; lawn mower; (3) garden hoses; (2) hammers; tool box**<br>Line from *Schedule A/B*: **14.1** | $190.00 | ■       $190.00<br>☐   100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Cash (approx.)**<br>Line from *Schedule A/B*: **16.1** | $100.00 | ■       $100.00<br>☐   100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Checking: Cadence Bank (approx.)**<br>Line from *Schedule A/B*: **17.1** | $1,100.00 | ■       $1,100.00<br>☐   100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Shannon Bryant's Wrecker, LLC, an Alabama Domestic Liability Company (Operations began in 01/2025 - Debtor's operating entity and Lessee of certain vehicles/equipment)**<br><br>**Assets:**<br>**- Cadence Bank - Checking account #xxxx-7020 (Opened in 1/2025) (Bal. as of**<br>Line from *Schedule A/B*: **19.2** | $200.00 | ■       $200.00<br>☐   100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■  No

   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐  No

       ☐  Yes

**Fill in this information to identify your case:**

Debtor 1 __Shannon L. Bryant__
First Name     Middle Name     Last Name

Debtor 2
(Spouse if, filing)     First Name     Middle Name     Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF ALABAMA

Case number
(if known) _____

☐ Check if this is an amended filing

<u>Official Form 106D</u>

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **COVINGTON SCHOOLS FCU**<br>Creditor's Name | Describe the property that secures the claim: | $56,112.10 | $55,000.00 | $1,112.10 |

**2000 Peterbilt 378**
**Style/Body: Conventional Cab Truck Tractor**
**Engine: 14.6L L6 Diesel**
**VIN: 1XPFDB0X2YN511049**

**P O BOX 442**
**ANDALUSIA, AL**
**36420-0442**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred __1/11/2023__     Last 4 digits of account number __4472__

Debtor 1    **Shannon L. Bryant**                                        Case number (if known) _____
         First Name    Middle Name    Last Name

| 2.2 | **COVINGTON SCHOOLS FCU** | Describe the property that secures the claim: | $31,298.86 | $15,000.00 | $16,298.86 |

**COVINGTON SCHOOLS FCU**

Creditor's Name

**P O BOX 442
ANDALUSIA, AL
36420-0442**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**1989 Wall trailer
VIN: DLBT5031000891048**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **5/26/2023**          Last 4 digits of account number    **4503**

$31,298.86          $15,000.00          $16,298.86

---

| 2.3 | **COVINGTON SCHOOLS FCU** |

**COVINGTON SCHOOLS FCU**

Creditor's Name

**P O BOX 442
ANDALUSIA, AL
36420-0442**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**2008 Trailers dry van
VIN: 1UYVS25308G52301
(Condition: poor - trailer burned)**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **8/26/2022**          Last 4 digits of account number    **4377**

$13,164.19          $500.00          $12,664.19

| 2.4 | **COVINGTON SCHOOLS FCU** | | $7,038.29 | $500.00 | $6,538.29 |

Creditor's Name

**Describe the property that secures the claim:**

> **2013 Polaris Ranger RZR 900 Limited  Ed (Condition: poor) (Junk/scrap value)**

P O BOX 442
ANDALUSIA, AL
36420-0442

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **(TO BE SURRENDERED)**

Date debt was incurred    **3/8/2022**          Last 4 digits of account number    **4220**

---

| 2.5 | **COVINGTON SCHOOLS FCU** | | $4,095.17 | $500.00 | $3,595.17 |

Creditor's Name

**Describe the property that secures the claim:**

> **2013 Polaris Ranger RZR (Condition: Poor) (Junk / scrap value)**

P O BOX 442
ANDALUSIA, AL
36420-0442

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **TO BE SURRENDERED**

Date debt was incurred    **3/8/2022**          Last 4 digits of account number    **4222**

| | | |
|---|---|---|

**2.6**  **COVINGTON SCHOOLS FCU**     Describe the property that secures the claim:     **$4,095.17**     **$4,000.00**     **$95.17**

Creditor's Name

**2018 Can-Am Outlander**

**P O BOX 442**
**ANDALUSIA, AL**
**36420-0442**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **3/8/2022**     Last 4 digits of account number   **4221**

---

**2.7**  **COVINGTON SCHOOLS FCU**     Describe the property that secures the claim:     **$792.36**     **$500.00**     **$292.36**

Creditor's Name

**2007 Yamaha XVS13AW**
**VIN: JYAVP17C47A024245**
**(Condition: poor)**
**(Junk / scrap value)**

**P O BOX 442**
**ANDALUSIA, AL**
**36420-0442**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **TO BE SURRENDERED**

Date debt was incurred   **3/5/2021**     Last 4 digits of account number   **3910**

| 2.8 | COVINGTON SCHOOLS FCU |
|---|---|

Creditor's Name

**Describe the property that secures the claim:**                              $16,925.73          $15,000.00          $1,925.73

**2018 Toyota Camry**
**VIN: 4T1B11HKXJU135994**
**(Undivided 1/2 int. jtly w/ Kristy**
**Bryant)**

P O BOX 442
ANDALUSIA, AL
36420-0442

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **PMSI (TO BE SURRENDERED)**

Date debt was incurred    **1/13/2022**          Last 4 digits of account number    **4180**

| 2.9 | CREDIT ACCEPTANCE CORP |
|---|---|

Creditor's Name

**Describe the property that secures the claim:**                              $16,921.00          $20,000.00          $0.00

**2015 Chevrolet Corvette Stingray**
**Z51**
**Style/Body: Coupe 2D**
**Engine: 6.2L V8 DI**
**Drive type: RWD**
**Transmission: Automatic**
**VIN: 1G1YM2D78F5101186**

PO BOX 5070
SOUTHFIELD, MI
48086-5070

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    _____

Date debt was incurred    **10/13/2023**          Last 4 digits of account number    **4935**

| 2.10 | **DAKOTA FINANCIAL, LLC** | Describe the property that secures the claim: | $178,124.92 | $45,000.00 | $133,124.92 |
|---|---|---|---|---|---|

Creditor's Name

**11766 WILSHIRE BLVD. SUITE 550 LOS ANGELES, CA 90025**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2020 Caterpillar 299D3 Compact Truck Loader VIN# CAT0299DKDY901249 & 2021 70in Skid Steer Root Rake**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **3/14/2022**        Last 4 digits of account number    **335E**

---

| 2.11 | **DAKOTA FINANCIAL, LLC** | Describe the property that secures the claim: | $11,365.84 | $25,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**11766 WILSHIRE BLVD. SUITE 550 LOS ANGELES, CA 90025**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2006 Dakota Mfg. Co. Trail-Eze TE701 40 ton Traveling Axle Trailer VIN: #1DA72T7906P017735**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **3/4/2021**        Last 4 digits of account number    **559E**

| 2.1 2 | **LOCAL BANK, SUCCESSOR BY MERGER** | | $98,493.00 | $181,500.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**2015 Ford F-350 ($17,500); 2005 Hummer ($15,000); 2007 Ford F-650 ($500); 2006 Chev. C5500 ($28,000); 1989 Peterbilt ($72,000); 1999 Peterbilt ($45,000); 2003 Ford F-350 ($3,500)**

**TO PEOPLES BANK OF RED LEVEL**
**1635 MCFARLAND BLVD N, STE 503**
**TUSCALOOSA, AL 35406-2204**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Installment account**

Date debt was incurred   **5/1/2019**     Last 4 digits of account number _____

---

| 2.1 3 | **NATIONSTAR MORTGAGE MR. COOPER** | | $153,402.00 | $167,560.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**Residence @ 207 Huckleberry Dr. Andalusia, AL 36420 Covington County**
**Parcel #23 14 07 25 2 001 031.002**

**8950 CYPRESS WATERS BLVD.**
**COPPELL, TX 75019**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **1st mtg**

Date debt was incurred   **3/2/2001**     Last 4 digits of account number _____

| 2.1 4 | SANTANDER CONSUMER USA | Describe the property that secures the claim: | $28,474.00 | $27,000.00 | $1,474.00 |

Creditor's Name

**2025 Buick Envista
Style/Body: SUV
Engine: 1.2L L3 TURBO
Trim level: Sport Touring
VIN: KL47LBEP6SB023811**

**ATTN BK DEPT
P O BOX 560284
DALLAS, TX 75356-0284**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **PMSI (Direct pay by co-obligor)**

Date debt was incurred   **8/8/2024**          Last 4 digits of account number   **1000**

| 2.1 5 | TROY BANK & TRUST | Describe the property that secures the claim: | $113,555.00 | $0.00 | $113,555.00 |

Creditor's Name

**Loan secured by non-estate property owned by Shyron L. Bryant, deceased (real & personal property assets located at 1763 Stanley Ave., Andalusia, Covington County, AL - See Exhibits "A" and "B" attached)**

**P O BOX 967
TROY, AL 36081**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   _____

Date debt was incurred   **9/18/2012**          Last 4 digits of account number   **8500**

First Name       Middle Name       Last Name

| 2.16 | **TROY BANK & TRUST** | Describe the property that secures the claim: | $24,005.00 | $25,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

> **1986 Freightliner FLC Tractor truck Engine: 14.0L L6 DIESEL VIN# 1FUPYCYB2GH287439 & 1980 White 4910 TR VIN: KPNC1VJ904656 (Used for towing)**

**P O BOX 967**
**TROY, AL 36081**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **3/23/2022**     Last 4 digits of account number   **2345**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $757,862.63 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $757,862.63 |

## Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
**JUSTIN B. LITTLE ESQ**
**REYNOLD, REYNOLDS & DUNCAN, LLC**
**PO BOX 2863**
**TUSCALOOSA, AL 35403-2863**

On which line in Part 1 did you enter the creditor?   **2.12**

Last 4 digits of account number ___

[ ]   Name, Number, Street, City, State & Zip Code
**MARY REYNOLDS WYATT, ESQ.**
**CHAMBLESS MATH & CARR PC**
**P O BOX 230759**
**MONTGOMERY, AL 36123**

On which line in Part 1 did you enter the creditor?   **2.11**

Last 4 digits of account number ___

**Fill in this information to identify your case:**

Debtor 1    **Shannon L. Bryant**
        First Name         Middle Name         Last Name

Debtor 2
(Spouse if, filing)    First Name         Middle Name         Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF ALABAMA

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| | |
|---|---|
| **2.1** **ALABAMA DEPT OF REVENUE** | Last 4 digits of account number **6855**    Total claim **$6,687.09**    Priority amount **$6,687.09**    Nonpriority amount **$0.00** |
| Priority Creditor's Name | |
| **LEGAL DIVISION** | When was the debt incurred? _____ |
| **PO BOX 320001** | |
| **MONTGOMERY, AL 36132-0001** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| | ☐ Contingent |
| ☐ Debtor 1 only | |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☑ At least one of the debtors and another | **Type of PRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Domestic support obligations |
| **Is the claim subject to offset?** | ☑ Taxes and certain other debts you owe the government |
| ☑ No | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ Yes | ☐ Other. Specify |

_____

**10/2015; 11/2015; 6/2019; 6/2020; 1/2021; 9/2021; 2/2022; 4/2022; 10/2022; 8/2023; 2/2023; 3/2023; Local tax liabilities associated w/ fdba Kustom Paint & Body (Balance per STL's filed in Covington Cnty, AL. Copies attached)**

| 2.2 | **ALABAMA DEPT OF REVENUE** | | Last 4 digits of account number | 6853 | $5,603.34 | $5,603.34 | $0.00 |

Priority Creditor's Name
**LEGAL DIVISION**
**PO BOX 320001**
**MONTGOMERY, AL 36132-0001**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**6/2019; 6/2020; 1/2021; 9/2021; 4/2022; 8/2022; 2/2023; 3/2023; 5/2023; 8/2023;**
**Sales tax liabilities associated w/ fdba Kustom Paint & Body**
**(Balance per STL's filed in Covington Cnty, AL. Copies attached)**

---

| 2.3 | **ALABAMA DEPT OF REVENUE** | | Last 4 digits of account number | 6854 | $17,555.70 | $17,555.70 | $0.00 |

Priority Creditor's Name
**LEGAL DIVISION**
**PO BOX 320001**
**MONTGOMERY, AL 36132-0001**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**12/31/2021; 3/31/2022; 6/30/2022; 9/30/2022; 12/31/2022; 3/31/2023; 9/30/2023**
**Withholding tax liabilities associated w/ fdba Kustom Paint & Body**
**(Balance per STL's filed in Covington Cnty, AL. Copies attached)**

| 2.4 | **ALABAMA DEPT OF REVENUE** | Last 4 digits of account number | 2533 | **$84,699.17** | **Unknown** | **Unknown** |

Priority Creditor's Name

**LEGAL DIVISION
PO BOX 320001
MONTGOMERY, AL 36132-0001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**2012; 2013; 2014; 2015; 2016; 2018; 2017
Income tax liabilities
(Balance per STL's filed in Covington Cnty, AL.
Copies attached)**

---

| 2.5 | **ALABAMA DEPT OF REVENUE** | Last 4 digits of account number | 9290 | **$127,269.00** | **$127,269.00** | **$0.00** |

Priority Creditor's Name

**LEGAL DIVISION
PO BOX 320001
MONTGOMERY, AL 36132-0001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Form 40 - Income tax liability (Bal. per return)**

---

| 2.6 | **ALABAMA DEPT OF REVENUE** | Last 4 digits of account number | 9290 | **$4,318.00** | **$4,318.00** | **$0.00** |

Priority Creditor's Name

**LEGAL DIVISION
PO BOX 320001
MONTGOMERY, AL 36132-0001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **2023**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Form 40 - Income tax  liability (Bal. per return)**

---

| 2.7 | **ALABAMA DEPT OF REVENUE** | Last 4 digits of account number | 2533 | $4,357.71 | $4,357.71 | $0.00 |

Priority Creditor's Name
**LEGAL DIVISION**
**PO BOX 320001**
**MONTGOMERY, AL 36132-0001**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**2019 - Income tax liability**
**(STL filed 12/26/2024 @ B: 2024; P: 22419)**

---

| 2.8 | **ALABAMA DEPT OF REVENUE** | Last 4 digits of account number | 6853 | $897.44 | $897.44 | $0.00 |

Priority Creditor's Name
**LEGAL DIVISION**
**PO BOX 320001**
**MONTGOMERY, AL 36132-0001**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**11/2023 & 12/2023 - Sales tax liabilities**
**(STL filed 12/3/2024 @ B: 2024; P: 20804)**

---

| 2.9 | **GEORGE L. PATTERSON, JR.** | Last 4 digits of account number | | $29.64 | $29.64 | $0.00 |

Priority Creditor's Name
**COVINGTON COUNTY REV.**
**COMM.**
**1 N. COURT SQ.**
**ANDALUSIA, AL 36420**
Number Street City State Zip Code

When was the debt incurred?   **2024**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Ad valorem taxes**
**Parcel #23 14 07 25 2 001 031.003**

Case 25-30558   Doc 1   Filed 03/10/25   Entered 03/10/25 13:29:16   Desc Main
Document        Page 50 of 157

**2.10**

**INTERNAL REVENUE SERVICE**
Priority Creditor's Name
**CENTRALIZED INSOLVENCY OPERATIONS**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

| Last 4 digits of account number | 9290 | $5,108.04 | $5,108.04 | $0.00 |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**3/31/2024 - 941 Withholding tax liability associated with Kustom Paint & Body (Bal. per 7/1/2024 notice from IRS after changes made to 941)**

---

**2.11**

**INTERNAL REVENUE SERVICE**
Priority Creditor's Name
**CENTRALIZED INSOLVENCY OPERATIONS**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

| Last 4 digits of account number | | $4,898.70 | $0.00 | $4,898.70 |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**2011 - Form 1040 - Income tax liability (FTL filed in Covington Cnty, AL, on 5/4/2015 @ Bk 2015, Pg 112 & 6/10/2024 @ Bk 2024, Pg 8359) (Bal. per 7/1/2024 notice from IRS)**

---

| 2.1 2 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number | | $97,376.66 | $0.00 | $97,376.66 |

Priority Creditor's Name
**CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**2012; 2013; 2015; 2017 & 2018 - Form 1040 -
Income tax liabilities
(FTL filed in Covington Cnty, AL, on 3/25/2021 @
Bk 2021, Pg 72)
(Bal. per 7/1/2024 notice from IRS)**

---

| 2.1 3 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number | | $9,456.66 | $9,456.66 | $0.00 |

Priority Creditor's Name
**CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**12/31/2015 - 941 tax liability associated w/ fdba
Kustom Paint & Body
(FTL filed in Covington Cnty, AL, on 7/29/2016 @
Bk 2016, Pg 171)
(Bal. per 12/17/2024 Notice of Levy)**

Case 25-30558    Doc 1    Filed 03/10/25    Entered 03/10/25 13:29:16    Desc Main
Document      Page 52 of 157

| | | | |
|---|---|---|---|
| **2.1 4** | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number ____ | **$26,387.63** **$26,387.63** **$0.00** |

Priority Creditor's Name
**CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?  **3/31/2016**

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations

■ Taxes and certain other debts you owe the government

□ Claims for death or personal injury while you were intoxicated

□ Other. Specify _____

**3/31/2016 - 941 tax liability associated w/ fdba
Kustom Paint & Body
(FTL filed in Covington Cnty, AL, on 10/12/2016 @
Bk 2016, Pg 221)
(Bal. per 12/17/2024 Notice of Levy)**

| | | | |
|---|---|---|---|
| **2.1 5** | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number ____ | **$31,737.96** **$31,737.96** **$0.00** |

Priority Creditor's Name
**CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

□ Unliquidated

□ Disputed

**Type of PRIORITY unsecured claim:**

□ Domestic support obligations

■ Taxes and certain other debts you owe the government

□ Claims for death or personal injury while you were intoxicated

□ Other. Specify _____

**6/30/2016 - 941 tax liability associated w/ fdba
Kustom Paint & Body
(FTL filed in Covington Cnty, AL, on 1/10/2017 @
Bk 2017, Pg 4)
(Bal. per 12/17/2024 Notice of Levy)**

| | | |
|---|---|---|

**2.1 6**

**INTERNAL REVENUE SERVICE**    Last 4 digits of account number _____    $34,353.01    $33,935.08    $417.93

Priority Creditor's Name
**CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**    When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only    ☐ Disputed

☐ At least one of the debtors and another    **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**    ☐ Domestic support obligations

**Is the claim subject to offset?**    ■ Taxes and certain other debts you owe the government

■ No    ☐ Claims for death or personal injury while you were intoxicated

☐ Yes    ☐ Other. Specify _____

**12/31/2016 (940) & 9/30/2016 (941)
Tax liabilities associated w/ fdba Kustom Paint &
Body
(FTL filed in Covington Cnty, AL, on 5/31/2017 @
Bk 2017, Pg 107)
(941 Bal. per 12/17/2024 Notice of Levy -
$33,935.08)**

---

**2.1 7**

**INTERNAL REVENUE SERVICE**    Last 4 digits of account number _____    $8,713.30    $8,713.30    $0.00

Priority Creditor's Name
**CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**    When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only    ☐ Disputed

☐ At least one of the debtors and another    **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**    ☐ Domestic support obligations

**Is the claim subject to offset?**    ■ Taxes and certain other debts you owe the government

■ No    ☐ Claims for death or personal injury while you were intoxicated

☐ Yes    ☐ Other. Specify _____

**12/31/2016 - 941 tax liability associated w/ fdba
Kustom Paint & Body
(FTL filed in Covington Cnty, AL, on 7/24/2017 @
Bk 2017, Pg 141)
(Bal. per 12/17/2024 Notice of Levy)**

---

Official Form 106 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page  8 of 23

| 2.1 8 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number _____ | **$9,111.16** | **$9,111.16** | **$0.00** |

Priority Creditor's Name
**CENTRALIZED INSOLVENCY OPERATIONS**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**3/31/2017 - 941 tax liability associated w/ fdba Kustom Paint & Body**
**(FTL filed in Covington Cnty, AL, on 8/28/2017 @ Bk 2017, Pg 165)**
**(Bal. per 12/17/2024 Notice of Levy)**

| 2.1 9 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number _____ | **$9,445.86** | **$9,445.86** | **$0.00** |

Priority Creditor's Name
**CENTRALIZED INSOLVENCY OPERATIONS**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**6/30/2017 - 941 tax liability associated w/ fdba Kustom Paint & Body**
**(FTL filed in Covington Cnty, AL, on 11/27/2017 @ Bk 2017, Pg 235)**
**(Bal. per 12/17/2024 Notice of Levy)**

| 2.20 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number | | $4,142.80 | $4,086.25 | $56.55 |

**INTERNAL REVENUE SERVICE**
Priority Creditor's Name
**CENTRALIZED INSOLVENCY OPERATIONS**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

Last 4 digits of account number _____  $4,142.80  $4,086.25  $56.55

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**12/31/2018 (940) & 941 (3/31/2019) - Tax liabilities associated w/ fdba Kustom Paint & Body (FTL filed in Covington Cnty, AL, on 8/23/2019 @ Bk 2019, Pg 142)**
**(941 - Bal. per 12/17/2024 Notice of Levy - $4,086.25)**

---

| 2.21 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number | | $1,750.52 | $1,750.52 | $0.00 |

**INTERNAL REVENUE SERVICE**
Priority Creditor's Name
**CENTRALIZED INSOLVENCY OPERATIONS**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

Last 4 digits of account number _____  $1,750.52  $1,750.52  $0.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**2290 (7/1/2019 - $188.95) & 941 (6/30/2019) - Tax liabilities associated w/ fdba Kustom Paint & Body - (FTL filed in Covington Cnty, AL, on 3/19/2021 @ Bk 2021, Pg 75)**
**(941 - Bal. per 12/17/2024 Notice of Levy - $1,561.57)**

| 2.2 2 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number | $21,404.34 | $18,863.32 | $2,541.02 |

Priority Creditor's Name
**CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**940 (12/31/2020; 12/31/2021) & 941 (3/31/2020; 9/30/2020; 3/31/2021; 9/30/2021) - Tax liabilities assoc'd w/ fdba Kustom Paint & Body (FTL filed in Covington Cnty, AL, on 12/13/2022 @ Bk 2022, Pg 291)**

| 2.2 3 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number | $42,748.45 | $42,748.45 | $0.00 |

Priority Creditor's Name
**CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**6/30/2022 & 9/30/2022 - 941 tax liabilities associated w/ fdba Kustom Paint & Body (FTL filed in Covington Cnty, AL, on 2/1/2023 @ Bk 2023, Pg 33) (Bal. per 12/17/2024 Notice of Levy)**

| | |
|---|---|
| 2.2 4 | |

**INTERNAL REVENUE SERVICE**          Last 4 digits of account number        $33,549.57        $141.77        $33,407.80

Priority Creditor's Name
**CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**          When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**                   As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              **Type of PRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**      ☐ Domestic support obligations
**Is the claim subject to offset?**                     ■ Taxes and certain other debts you owe the government
■ No                                                   ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                                  ☐ Other. Specify
                                                       **940 (12/31/2022) & 941 (12/31/2022 & 3/31/2023) -
                                                       Tax liabilities associated w/ fdba Kustom Paint &
                                                       Body
                                                       (FTL filed in Covington Cnty, AL, on 8/8/2023 @
                                                       Bk 2023, Pg 12755)
                                                       (Bal. per 12/17/2024 Notice of Levy)**

| | |
|---|---|
| 2.2 5 | |

**INTERNAL REVENUE SERVICE**          Last 4 digits of account number        $33,241.30        $32,906.09        $335.21

Priority Creditor's Name
**CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**          When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**                   As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              **Type of PRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**      ☐ Domestic support obligations
**Is the claim subject to offset?**                     ■ Taxes and certain other debts you owe the government
■ No                                                   ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                                  ☐ Other. Specify
                                                       **940 (12/31/2023) &
                                                       941 (6/30/2021; 9/30/2023; 12/31/2023; 3/31/2024) -
                                                       Tax liability associated w/ fdba Kustom Paint &
                                                       Body (FTL filed in Covington Cnty, AL, on
                                                       11/12/2024 @ Bk 2024, Pg 19466) (Bal. per FTL)**

---

| 2.2 6 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number ____ | $7,658.95 | $7,658.95 | $0.00 |

Priority Creditor's Name
**CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only         ☐ Contingent

☐ Debtor 2 only         ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only     ☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**  ☐ Domestic support obligations

**Is the claim subject to offset?**     ■ Taxes and certain other debts you owe the government

■ No           ☐ Claims for death or personal injury while you were intoxicated

☐ Yes          ☐ Other. Specify _____

        **9/30/2017 & 12/31/2017 - 941 Tax liabilities associated with operation of Kustom Paint & Body
(Bal. per 12/17/2024 Notice of Levy)**

---

| 2.2 7 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number 9290 | $89,370.00 | $89,370.00 | $0.00 |

Priority Creditor's Name
**CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**

When was the debt incurred? **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only         ☐ Contingent

☐ Debtor 2 only         ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only     ☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**  ☐ Domestic support obligations

**Is the claim subject to offset?**     ■ Taxes and certain other debts you owe the government

■ No           ☐ Claims for death or personal injury while you were intoxicated

☐ Yes          ☐ Other. Specify _____

        **Form 1040 - Federal income tax liability (bal. per return)**

---

| | | | | |
|---|---|---|---|---|
| **2.2 8** | **REVENUE DISCOVERY SYSTEMS** | Last 4 digits of account number ___ ___ ___ ___ | $13,558.93 | Unknown | Unknown |

Priority Creditor's Name
**600 BEACON PKWY W.**
**STE 900**
**BIRMINGHAM, AL 35209**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  **2009; 2010; 2011; 2012; 2013;**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify  **Sales taxes; consumers use taxes & business licenses**
**(Tax Lien filed in Covington Cnty, AL on 10/31/2016 @ Bk 2016, Pg 2237)**

| | | | | |
|---|---|---|---|---|
| **2.2 9** | **REVENUE DISCOVERY SYSTEMS** | Last 4 digits of account number 5 5 6 2 | $12,255.25 | Unknown | Unknown |

Priority Creditor's Name
**600 BEACON PKWY W.**
**STE 900**
**BIRMINGHAM, AL 35209**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  **2009; 2011; 2012; 2013**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify  **Sales taxes & Consumers Use taxes**
**(Tax lien filed in Covington Cnty, AL on 10/31/2016 @ Bk 2016, Pg 2238)**

---

**Part 2:  List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| | |
|---|---|
| **4.1** | **ALEXANDER, FRANK DBA** |

Nonpriority Creditor's Name
**ANDY AUTO PARTS**
**PO BOX 669**
**ANDALUSIA, AL 36420**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$324.40**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Judgment recovered in the Small Claims Court of Covington Cnty, AL (#SM-2007-000043) on 2/5/2007 (Debtor states this debt was paid)**

| | |
|---|---|
| **4.2** | **ARMY AVIATION CENTER FEDERAL CU** |

Nonpriority Creditor's Name
**P O DRAWER 8**
**DALEVILLE, AL 36322**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$4,724.08**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **JUDGMENT recovered in the District Court of Covington County, AL (#DV-96-000113) on 8/13/1997 & recorded in Covington Cnty, AL on 9/24/1997 @ Bk 60, Pg 244**

| 4.3 | **B&L INVESTMENTS, LLC** | | Last 4 digits of account number _____ | $238.00 |

Nonpriority Creditor's Name
**105 O'NEAL COURT**
**ANDALUSIA, AL 36420**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **JUDGMENT recovered in the Small Claims Court of Covington Cnty, AL (#SM-2011-00493) on 8/16/2011 & recorded in Covington Cnty, AL on 10/3/2011 @ Bk 2011, Pg 1680**

| 4.4 | **BULLARD, COURTNEY** | | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**4087 BEAVER OAKES DR.**
**DULUTH, GA 30096-5674**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Dispute over repair bill submitted by Debtor for repairs to 2011 Freightliner M2 truck owned by Courtney Bullard**

| 4.5 | **CAINE & WEINER COMPANY, INC.** | | Last 4 digits of account number **xx16** | $289.00 |

Nonpriority Creditor's Name
**5805 SEPULVEDA BLVD FL 4**
**VAN NUYS, CA 91411-2532**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Original creditor: Progressive**

| 4.6 | **CAINE & WEINER COMPANY, INC.** | | | $1,581.00 |

Nonpriority Creditor's Name

**5805 SEPULVEDA BLVD FL 4**
**VAN NUYS, CA 91411-2532**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **xx10**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Original creditor: Progressive**

---

| 4.7 | **CAPITAL ONE BANK USA NA** | | | $1,108.91 |

Nonpriority Creditor's Name

**ATTN  BK DEPT**
**PO BOX 30285**
**SALT LAKE CITY, UT 84130-0285**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No




☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **JUDGMENT recovered in the Small Claims Court of Covington Cnty, AL (#SM-2012-900068) on 8/28/2012 & recorded in Covington Cnty, AL on 10/15/2012 @ Bk 2012, Pg 1772**

---

| 4.8 | **COVINGTON SCHOOLS FCU** | | | $6,384.56 |

Nonpriority Creditor's Name

**P O BOX 442**
**ANDALUSIA, AL 36420-0442**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No




☐ Yes

**Last 4 digits of account number**   **4479**

**When was the debt incurred?**   **1/20/2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Deficiency balance after recovery & liquidation of 2014 Jeep Wrangler (This Jeep was awarded to Debtor's ex-wife per terms of 10/30/2023 Judgment of Divorce - Circuit Court of Covington Cnty, AL - Case #DR-2023-900105)**

---

| 4.9 | **CREDIT COLLECTIONS** | Last 4 digits of account number | **xx23** | **$399.00** |

**CREDIT COLLECTIONS**
Nonpriority Creditor's Name
**2 WELLS AVE.**
**NEWTON CENTER, MA 02459-3225**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **xx23**       **$399.00**

When was the debt incurred?   **Assigned 8/14/2024**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Original creditor: Mediacom**

---

| 4.10 | **DECKER, JERAD M** | Last 4 digits of account number | | **$1.00** |

**DECKER, JERAD M**
Nonpriority Creditor's Name
**241 N. COURT ST**
**MONTGOMERY, AL 36104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number           **$1.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Alleged dispute of fees/charges of Debtor**

---

| 4.11 | **DEPT OF ED / AIDVANTAGE** | Last 4 digits of account number | **0200** | **$15,825.00** |

**DEPT OF ED / AIDVANTAGE**
Nonpriority Creditor's Name
**1600 TYSONS BLVD**
**SUITE 1400**
**MC LEAN, VA 22102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0200**      **$15,825.00**

When was the debt incurred?   **8/21/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Student Loan (Deferred)**
**(Debtor does not recall incurring this debt**
**but same is reflected on his credit report.)**

---

| 4.12 | **LKQ CORPORATION** | **Last 4 digits of account number** _____ | **$2,460.53** |

Nonpriority Creditor's Name
**C/O CST CO., INC.**
**PO BOX 33127**
**LOUISVILLE, KY 40232**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **JUDGMENT recovered in the Small Claims Court of Covington Cnty, AL (#SM-2018-900240) on 5/29/2018 & recorded in Covington Cnty, AL on 7/3/2018 @ Bk 2018, Pg 1598**

---

| 4.13 | **MCNEILL INC** | **Last 4 digits of account number** _____ | **$1,373.48** |

Nonpriority Creditor's Name
**1344 RIVER FALLS ST.**
**ANDALUSIA, AL 36421**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Open account purchase of gravel & concrete reduced to JUDGMENT in the Small Claims Court of Covington Cnty, AL (#SM-2021-900260) on 5/31/2022**

| | | |
|---|---|---|
| 4.14 | **ROGER'S REFRIGERATION & ELECT SERV INC** | |

Nonpriority Creditor's Name
**334 E. WATSON ST.**
**ANDALUSIA, AL 36420**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$278.25**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **JUDGMENT recovered in the Small Claims Court of Covington Cnty, AL (#SM-2015-000164) on 1/11/2016 & recorded in Covington Cnty on 5/31/2016 @ Bk 2016, Pg 1196**

---

| | | |
|---|---|---|
| 4.15 | **SECURITY CREDIT SERVICES, LLC** | |

Nonpriority Creditor's Name
**2623 W OXFORD LOOP**
**OXFORD, MS 38655-5442**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **xx48**          **$3,460.73**

**When was the debt incurred?**  **4/16/2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Original creditor: TEMPOE, LLC dba Why Not Lease It - Consumer Lease Agreement - Washer & dryer - JUDGMENT recovered in the Small Claims Court of Covington Cnty, AL (#SM-2022-90626) on 7/21/2023**

---

| 4.16 | **TURK, KEITH** | **Last 4 digits of account number** _____ | **$1,782.08** |

Nonpriority Creditor's Name
**2526  HWY 84 E**
**DALEVILLE, AL 36322**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Open account for stone reduced to JUDGMENT in the Small Claims Court of Covington Cnty, AL (#SM-2023-900597) on 2/9/2024**

---

| 4.17 | **W.S. BADCOCK CORP** | **Last 4 digits of account number** 4378 | **$5,494.00** |

Nonpriority Creditor's Name
**200 N PHOSPHATE BV**
**MULBERRY, FL 33860**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?**  **Opened 9/7/2015**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Revolving account**

---

| 4.18 | **WS BADCOCK** | **Last 4 digits of account number** 4378 | **$5,494.00** |

Nonpriority Creditor's Name
**LEGAL DEPARTMENT**
**PO BOX 724**
**MULBERRY, FL 33860-9989**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?**  9/7/2015

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **PMSI - Samsung 65" Curve TV; fireplace; 8-drawer dresser; Queen pillow (Items purchased are understood to be in possession of Debtor's ex-wife)**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have

Case 25-30558   Doc 1   Filed 03/10/25   Entered 03/10/25 13:29:16   Desc Main
Document      Page 67 of 157

more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **CHAMBLESS MATH CARR PC**<br>**P O BOX 230759**<br>**MONTGOMERY, AL 36123-0759** | Line **4.2** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **CHARLES N PARNELL III ESQ**<br>**PARNELL & PARNELL**<br>**P O BOX 2189**<br>**MONTGOMERY, AL 36102-2189** | Line **4.2** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **H. SAMUEL PRIM, III, ESQ.**<br>**PRIM & MENDHEIM, LLC**<br>**P.O. BOX 2147**<br>**DOTHAN, AL 36302** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **INTERNAL REVENUE SERVICE**<br>**ATTN: YOLANDA D. BILLUPS, REV.**<br>**OFFICER**<br>**1285 CARMICHAEL WAY**<br>**MONTGOMERY, AL 36106-3672** | Line **2.10** of (Check one):<br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **JOHN H NATHAN ESQ**<br>**NATHAN & NATHAN**<br>**PO BOX 1715**<br>**BIRMINGHAM, AL 35201** | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ROBERT J WILKINS, ESQ.**<br>**POLLACK & ROSEN PC**<br>**PO BOX 43117**<br>**BIRMINGHAM, AL 35243** | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US ATTORNEY**<br>**MIDDLE DISTRICT OF ALABAMA**<br>**PO BOX 197**<br>**MONTGOMERY, AL 36101-0197** | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US ATTORNEY**<br>**MIDDLE DISTRICT OF ALABAMA**<br>**PO BOX 197**<br>**MONTGOMERY, AL 36101-0197** | Line **2.10** of (Check one):<br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US ATTORNEY GENERAL**<br>**US DEPT OF JUSTICE**<br>**950 PENNSYLVANIA AVE NW**<br>**WASHINGTON, DC 20530-0001** | Line **2.10** of (Check one):<br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US DEPT OF EDUCATION**<br>**LITIGATION UNIT**<br>**50 BEALE ST STE 8629** | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Case 25-30558    Doc 1    Filed 03/10/25    Entered 03/10/25 13:29:16    Desc Main
Document        Page 68 of 157

Debtor 1    **Shannon L. Bryant**                                    Case number (if known) _____

SAN FRANCISCO, CA 94105
                                    Last 4 digits of account number _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **US DEPT OF EDUCATION** **OFFICE GEN COUNSEL** **400 MARYLAND AVE SW RM 6E300** **WASHINGTON, DC 20202-2111** | Line **4.11** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total Claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 747,686.18 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 747,686.18 |

|  |  |  |  | Total Claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 15,825.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 35,394.02 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 51,219.02 |



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

Letter Id: L1298555936

November 7, 2016

### CERTIFICATE OF LIEN FOR TAXES

2016    2423
Recorded in the Above
Misc  Book & Page
12-02-2016 12:09:29 PM
Stacy B. Brooks
Covington County, Alabama
Covington County, Alabama
I certify this instrument was filed on
12-02-2016 12:09:29 PM
and recorded in Misc Book
2016 at pages 2423 - 2423
Stacy B. Brooks

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

Filed with: Covington County

SSN/EIN: XXX-XX-9290
Type of Tax: Local Tax
Tax Period(s): 10/2015, 11/2015
Account Number: LCL-R006106855
Lien Number: 2084816384

Amount of Lien: $1,773.03

As provided by §40-1-2 and §40-29-20, et seq. Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:     Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL 36132-7720. Phone: 334-242-1340 Fax: 334-242-0186

SECRETARY OF STATE:  Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Sales and Use Tax Division, Room 4309 Gordon Persons Building.

### ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

June 29, 2020

## CERTIFICATE OF LIEN FOR TAXES

B:2020 P:14157
State Tax Lien
7/20/2020 1:09:39 PM
$0.00
Stacy D. Brooks
Covington County, Alabama

STATE OF ALABAMA
    vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

SSN/EIN: XXX-XX-9290
Type of Tax: Local Tax
Tax Period(s): 6/2019
Account Number: LCL-R006106855
Lien Number: 1136211456

*Filed with Covington County*

Amount of Lien: $805.25

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:    Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL 36132-7720. Phone: 334-242-1340 Fax: 334-353-7867

SECRETARY OF STATE:    Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Sales and Use Tax Division, Room 4309 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)

50 North Ripley Street
Montgomery, Alabama 36132

Letter Id: L0120984672

B:2021 P:27380
State Tax Lien
11/15/2021 8:38:45 AM
$0.00
Stacy B. Brooks
Covington County, Alabama

October 26, 2021

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

SSN/EIN: XXX-XX-9290                         Filed with: Covington County
Type of Tax: Local Tax
Tax Period(s): 6/2020, 1/2021
Account Number: LCL-R006106855
Lien Number: 2079395328

Amount of Lien: $201.70

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of
Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above
amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:         Please record one copy of this tax lien in the real property records. Return
                       one copy with endorsement and recording data to the Department of
                       Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL
                       36132-7720. Phone: 334-242-1340 Fax: 334-353-7867

SECRETARY OF STATE:    Please record this tax lien in your UCC records. Return one copy with
                       recording data to the Department of Revenue, Sales and Use Tax Division,
                       Room 4309 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

B:2023 P:152
State Tax Lien
1/3/2023 2:58:11 PM
$0.00
Stacy B. Brooks
Covington County, Alabama

November 21, 2022

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
   vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

SSN/EIN: XXX-XX-9290
Type of Tax: Local Tax
Tax Period(s): 9/2021, 2/2022
Account Number: LCL-R006106855
Lien Number: 1514204672

Filed with: Covington County

Amount of Lien: $569.90

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:
        Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL 36132-7720. Phone: 334-242-1340 Fax: 334-353-7867

SECRETARY OF STATE:
        Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Sales and Use Tax Division, Room 4309 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

January 19, 2023

## CERTIFICATE OF LIEN FOR TAXES

Letter Id: L0448122208

B:2023 P:1784
State Tax Lien
1/31/2023 9:00:20 AM
$0.00
Stacy B. Brooks
Covington County, Alabama

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

SSN/EIN: XXX-XX-9290
Type of Tax: Local Tax
Tax Period(s): 4/2022
Account Number: LCL-R006106855
Lien Number: 1141765632

Filed with: Covington County

Amount of Lien: $312.20

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:     Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL 36132-7720. Phone: 334-242-1340 Fax: 334-353-7867

SECRETARY OF STATE:     Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Sales and Use Tax Division, Room 4309 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE

50 North Ripley Street
Montgomery, AL 36132

revenue.alabama.gov

# State of Alabama
# Department of Revenue



April 24, 2024

Letter Id: L0291351264

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
   vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

B:2024 P:7669
State Tax Lien
9/9/2024 2:54:21 PM
$0.00
Stacy B. Brooks
Covington County, Alabama

SSN/EIN: XXX-XX-9290
Type of Tax: Local Tax
Tax Period(s): 10/2022, 8/2023
Account Number: LCL-R006106855
Lien Number: 2048290304

Filed with: Covington County

Amount of Lien: $1,337.67

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:    Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL 36132-7720. Phone: 334-242-1340 Fax: 334-353-7867

SECRETARY OF STATE:    Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division P.O. Box 327820, Montgomery, AL 36132-7820.

ALABAMA DEPARTMENT OF REVENUE

60 North Ripley Street
Montgomery, AL 36132

revenue.alabama.gov

# State of Alabama
# Department of Revenue



December 20, 2023

Letter Id: L1610867936

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

B:2023 P:22632
State Tax Lien
12/20/2023 4131.05 PM
$0.00
Stacy D. Brooks
Covington County, Alabama

SSN/EIN: XXX-XX-9290
Type of Tax: Local Tax
Tax Period(s): 3/2023
Account Number: LCL-R006106855
Lien Number: 291098112

Filed with: Covington County

Amount of Lien: $757.40

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:      Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL 36132-7720. Phone: 334-242-1340 Fax: 334-353-7867

SECRETARY OF STATE:      Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division P.O. Box 327820, Montgomery, AL 36132-7820.

ALABAMA DEPARTMENT OF REVENUE

50 North Ripley Street
Montgomery, AL 36132

revenue.alabama.gov

# State of Alabama
# Department of Revenue



November 20, 2023                    Letter Id: L0741278944

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

```
B:2023 P:20796
State Tax Lien
11/30/2023-4:16:26 PM
$0.00
Stacy D. Brooks
Covington County, Alabama
```

SSN/EIN: XXX-XX-9290
Type of Tax: Local Tax
Tax Period(s): 2/2023
Account Number: LCL-R006106855
Lien Number: 56217088

Filed with: Covington County

Amount of Lien: $929.94

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of
Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above
amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:        Please record one copy of this tax lien in the real property records. Return
                     one copy with endorsement and recording data to the Department of
                     Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL
                     36132-7720. Phone: 334-242-1340 Fax: 334-353-7867

SECRETARY OF STATE:  Please record this tax lien in your UCC records. Return one copy with
                     recording data to the Department of Revenue, Sales and Use Tax Division,
                     Room 4309 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

June 29, 2020

## CERTIFICATE OF LIEN FOR TAXES

Letter Id: L2034386336

B:2020 P:14185
State Tax Lien
7/28/2020 1:05:57 PM
$0.00
Stacy B. Brooks
Covington County, Alabama

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

SSN/EIN: XXX-XX-9290
Type of Tax: Sales Tax
Tax Period(s): 6/2019
Account Number: SLS-R006106853
Lien Number: 866268672

Filed with: Covington County

Amount of Lien: $979.35

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:

Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL 36132-7720. Phone: 334-242-1340 Fax: 334-353-7867

SECRETARY OF STATE:  Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Sales and Use Tax Division, Room 4309 Gordon Persons Building.

## ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

Letter Id: L0168499104

B:2021 P:8693
State Tax Lien
3/22/2021 10:06:02 AM
$0.00
Stacy B. Brooks
Covington County, Alabama

March 4, 2021

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

SSN/EIN: XXX-XX-9290
Type of Tax: Sales Tax
Tax Period(s): 6/2020
Account Number: SLS-R006106853
Lien Number: 1296528896

Filed with: Covington County

Amount of Lien: $100.77

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE: Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL 36132-7720. Phone: 334-242-1340 Fax: 334-353-7867

SECRETARY OF STATE: Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Sales and Use Tax Division, Room 4309 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

Letter Id: L0479401056

B:2021 P:27373
State Tax Lien
11/15/2021 9:29:10 AM
$0.00
Stacy B. Brooks
Covington County, Alabama

October 26, 2021

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

SSN/BIN: XXX-XX-9290                    Filed with: Covington County
Type of Tax: Sales Tax
Tax Period(s): 1/2021
Account Number: SLS-R006106853
Lien Number: 1439698432

Amount of Lien: $127.79

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:          Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL 36132-7720. Phone: 334-242-1340 Fax: 334-353-7867

SECRETARY OF STATE:    Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Sales and Use Tax Division, Room 4309 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

January 19, 2023

### CERTIFICATE OF LIEN FOR TAXES

Letter Id: L2102439264

B:2023 P:1785
State Tax Lien
1/31/2023 9:01:21 AM
$0.00
Stacy B. Brooks
Covington County, Alabama

STATE OF ALABAMA
   vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

SSN/EIN: XXX-XX-9290
Type of Tax: Sales Tax
Tax Period(s): 9/2021, 4/2022
Account Number: SLS-R006106853
Lien Number: 383045120

Filed with: Covington County

Amount of Lien: $394.44

As provided by §40-1-2 and §40-29-20, et seq. Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:     Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL 36132-7720. Phone: 334-242-1340 Fax: 334-353-7867

SECRETARY OF STATE:  Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Sales and Use Tax Division, Room 4309 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE

60 North Ripley Street
Montgomery AL 36132

revenue.alabama.gov

# State of Alabama
# Department of Revenue



May 24, 2023          Letter Id  L0401348448

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
    vs
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

B 2023 P 9530
State Tax Lien
6/2/2023 4:28:50 PM
$0 00
Stacy B Brooks
Covington County, Alabama

SSN/EIN  XXX-XX-9290
Type of Tax  Sales Tax
Tax Period(s)  8/2022
Account Number  SLS-R006106853
Lien Number  1917318656

Filed with  Covington County

Amount of Lien  $916 94

As provided by §40-1-2 and §40-29-20, et seq , Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount  The State claims a lien upon all property and rights to property belonging to said Taxpayer

PROBATE JUDGE          Please record one copy of this tax lien in the real property records  Return
                       one copy with endorsement and recording data to the Department of
                       Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL
                       36132-7720  Phone  334-242-1340 Fax  334-353-7867

SECRETARY OF STATE     Please record this tax lien in your UCC records  Return one copy with
                       recording data to the Department of Revenue, Sales and Use Tax Division,
                       Room 4309 Gordon Persons Building

ALABAMA DEPARTMENT OF REVENUE

50 North Ripley Street
Montgomery, AL 36132

revenue.alabama.gov

# State of Alabama
# Department of Revenue



November 20, 2023

Letter Id: L0554588648

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

B:2023 P:20795
State Tax Lien
11/30/2023 4:15:02 PM
$0.00
Stacy B. Brooks
Covington County, Alabama

SSN/BIN: XXX-XX-9290
Type of Tax: Sales Tax
Tax Period(s): 2/2023
Account Number: SLS-R006106853
Lien Number: 1033580032

Filed with: Covington County

Amount of Lien: $1,062.77

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:      Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL 36132-7720. Phone: 334-242-1340 Fax: 334-353-7867

SECRETARY OF STATE:    Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Sales and Use Tax Division, Room 4309 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE

50 North Ripley Street
Montgomery, AL 36132

revenue.alabama.gov

# State of Alabama
# Department of Revenue



December 20, 2023                                      Letter Id: L1532749024

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

B:2023 P:22538
State Tax Lien
12/29/2023 4:27:32 PM
$0.00
Stacy B. Brooks
Covington County, Alabama

SSN/BIN: XXX-XX-9290
Type of Tax: Sales Tax
Tax Period(s): 3/2023
Account Number: SLS-R006106853
Lien Number: 94604800

Filed with: **Covington County**

Amount of Lien: $749.80

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:          Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL 36132-7720. Phone: 334-242-1340 Fax: 334-353-7867

SECRETARY OF STATE:     Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division P.O. Box 327820, Montgomery, AL 36132-7820.

ALABAMA DEPARTMENT OF REVENUE

50 North Ripley Street
Montgomery, AL 36132

revenue.alabama.gov

# State of Alabama
# Department of Revenue

February 20, 2024

Letter Id: L1496956128

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415



B:2024 P:3511
State Tax Lien
3/1/2024 12:48:17 PM
$0.00
Stacy B. Brooks
Covington County, Alabama

SSN/EIN: XXX-XX-9290
Type of Tax: Sales Tax
Tax Period(s): 5/2023
Account Number: SLS-R006106853
Lien Number: 1266331136

**Filed with: Covington County**

Amount of Lien: $524.41

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:   Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL 36132-7720. Phone: 334-242-1340 Fax: 334-353-7867

SECRETARY OF STATE:   Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division P.O. Box 327820, Montgomery, AL 36132-7820.

ALABAMA DEPARTMENT OF REVENUE

50 North Ripley Street
Montgomery, AL 36132

revenue.alabama.gov

# State of Alabama
# Department of Revenue



April 24, 2024

Letter Id: L0941255392

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

B:2024 P:7668
State Tax Lien
5/9/2024 2:53:28 PM
$0.00
Stacy B. Brooks
Covington County, Alabama

SSN/EIN: XXX-XX-9290
Type of Tax: Sales Tax
Tax Period(s): 8/2023
Account Number: SLS-R006106853
Lien Number: 611044864

Filed with: Covington County

Amount of Lien: $747.07

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:     Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Sales and Use Tax Division, PO Box 327720, Montgomery, AL 36132-7720. Phone: 334-242-1340 Fax: 334-353-7867

SECRETARY OF STATE:     Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division P.O. Box 327820, Montgomery, AL 36132-7820.

ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

July 25, 2022

### CERTIFICATE OF LIEN FOR TAXES

Letter Id: L0300458336

B:2022 P:18812
State Tax Lien
7/27/2022 12:37:02 PM
$0.00
Stacy B. Brooks
Covington County, Alabama

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

SSN/EIN: XXX-XX-9290                    Filed with: Covington County
Type of Tax: Withholding Tax
Tax Period(s): Qtr ending 12/31/2021
Account Number: WTH-R006106854
Lien Number: 766791168

Amount of Lien: $1,434.31

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of
Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above
amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:          Please record one copy of this tax lien in the real property records. Return
                        one copy with endorsement and recording data to the Department of
                        Revenue, Collection Services Division, PO Box 327820, Montgomery, AL
                        36132-7820, Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE:     Please record this tax lien in your UCC records. Return one copy with
                        recording data to the Department of Revenue, Collection Services
                        Division, Room 3143 Gordon Persons Building.

## ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

October 26, 2022

## CERTIFICATE OF LIEN FOR TAXES

Letter Id: L0853014880

B:2022 P:23100
State Tax Lien
10/31/2022 3:53:35 PM
$0.00
Stacy B. Brooks
Covington County, Alabama

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

SSN/EIN: XXX-XX-9290
Type of Tax: Withholding Tax
Tax Period(s): Qtr ending 3/31/2022
Account Number: WTH-R006106854
Lien Number: 93736448

Filed with Covington County

Amount of Lien: $2,209.62

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:
Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Collection Services Division, PO Box 327820, Montgomery, AL 36132-7820. Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE:
Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division, Room 3143 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

Letter Id: L0569568608

January 25, 2023

### CERTIFICATE OF LIEN FOR TAXES

B:2023 P:1780
State Tax Lien
1/31/2023 8:47:17 AM
$0.00
Stacy B. Brooks
Covington County, Alabama

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

SSN/EIN: XXX-XX-9290
Type of Tax: Withholding Tax
Tax Period(s): Qtr ending 6/30/2022
Account Number: WTH-R006106854
Lien Number: 100150784

Filed with: Covington County

Amount of Lien: $2,921.55

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE: Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Collection Services Division, PO Box 327820, Montgomery, AL 36132-7820. Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE: Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division, Room 3143 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE

50 North Ripley Street
Montgomery, AL 36132

revenue.alabama.gov

# State of Alabama
# Department of Revenue



April 25, 2023

Letter Id: L1425775456

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
vs.
SHANNON I. BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

B:2023 P:7557
State Tax Lien
5/1/2023 9:47:51 AM
$0.00
Stacy B. Brooks
Covington County, Alabama

SSN/EIN: XXX-XX-9290
Type of Tax: Withholding Tax
Tax Period(s): Qtr ending 9/30/2022
Account Number: WTH-R006106854
Lien Number: 1358458368

Filed with: Covington County

Amount of Lien: $4,301.04

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:   Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Collection Services Division, PO Box 327820, Montgomery, AL 36132-7820. Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE:   Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division, Room 3143 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE

50 North Ripley Street
Montgomery, AL 36132

revenue.alabama.gov

# State of Alabama
# Department of Revenue



July 24, 2023                    Letter Id: L0576397152

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
    vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

B:2023 P:12085
State Tax Lien
7/28/2023 2:30:08 PM
$0.00
Stacy D. Brooke
Covington County, Alabama

SSN/EIN: XXX-XX-9290
Type of Tax: Withholding Tax
Tax Period(s): Qtr ending 12/31/2022
Account Number: WTH-R006106854
Lien Number: 538209792

Filed with: Covington County

Amount of Lien: $2,899.58

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of
Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above
amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:    Please record one copy of this tax lien in the real property records. Return
one copy with endorsement and recording data to the Department of
Revenue, Collection Services Division, PO Box 327820, Montgomery, AL
36132-7820. Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE:    Please record this tax lien in your UCC records. Return one copy with
recording data to the Department of Revenue, Collection Services
Division, Room 3143 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE

# State of Alabama
# Department of Revenue



October 25, 2023

Letter Id: L1710516448

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

B: 2023 P: 19161
State Tax Lien
11/2/2023 1:17:27 PM
$0.00
Stacy B. Brooks
Covington County, Alabama

SSN/EIN: XXX-XX-9290
Type of Tax: Withholding Tax
Tax Period(s): Qtr ending 3/31/2023
Account Number: WTH-R006106854
Lien Number: 601566720

Filed with: Covington County

Amount of Lien: $2,105.65

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:  Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Collection Services Division, PO Box 327820, Montgomery, AL 36132-7820. Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE:  Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division, Room 3143 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE

# State of Alabama
# Department of Revenue



April 23, 2024                    Letter Id: L1070967520

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA KUSTOM PAINT & BODY SHOP
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

B:2024 P:7802
State Tax Lien
5/8/2024 1:22:26 PM
$0.00
Stacy B. Brooks
Covington County, Alabama

SSN/BIN: XXX-XX-9290              Filed with: Covington County
Type of Tax: Withholding Tax
Tax Period(s): Qtr ending 9/30/2023
Account Number: WTH-R006106854
Lien Number: 209870336

Amount of Lien: $1,683.95

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:          Please record one copy of this tax lien in the real property records. Return
                        one copy with endorsement and recording data to the Department of
                        Revenue, Collection Services Division, PO Box 327820, Montgomery, AL
                        36132-7820. Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE:     Please record this tax lien in your UCC records. Return one copy with
                        recording data to the Department of Revenue, Collection Services Division
                        P.O. Box 327820, Montgomery, AL 36132-7820.

ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

Letter Id: L0762504608

B:2020 P:15242
State Tax Lien
3/10/2020 2:19:59 PB
$0.00
Stacy B. Brooks
Covington County, Alabama

July 30, 2020

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
vs.
SHANNON L BRYANT
PO BOX 2075
ANDALUSIA, AL 36420-1234

SSN/EIN: XXX-XX-9290                    Filed with: Covington County
Type of Tax: Individual Income Tax
Tax Period(s): FY(s) ending 12/31/2012
Account Number: IIT-R003672533
Lien Number: 183580160

Amount of Lien: $9,814.23

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:          Please record one copy of this tax lien in the real property records. Return
                        one copy with endorsement and recording data to the Department of
                        Revenue, Collection Services Division, PO Box 327820, Montgomery, AL
                        36132-7820. Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE:     Please record this tax lien in your UCC records. Return one copy with
                        recording data to the Department of Revenue, Collection Services
                        Division, Room 3143 Gordon Persons Building.

## ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

B:2020 P:15255
State Tax Lien
8/10/2020 2:21:57 PM
$0.00
Stacy B. Brooks
Covington County, Alabama

July 30, 2020

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
    vs.
SHANNON L BRYANT
PO BOX 2075
ANDALUSIA, AL 36420-1234

SSN/EIN: XXX-XX-9290                  Filed with: Covington County
Type of Tax: Individual Income Tax
Tax Period(s): FY(s) ending 12/31/2013
Account Number: IIT-R003672533
Lien Number: 852178432

Amount of Lien: $13,203.49

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:        Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Collection Services Division, PO Box 327820, Montgomery, AL 36132-7820. Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE:    Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division, Room 3143 Gordon Persons Building.

## ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

July 30, 2020

### CERTIFICATE OF LIEN FOR TAXES

Letter Id: L1736041888

B:2020 P:15257
State Tax Lien
8/18/2020 2:23:56 PM
$0.00
Stacy D. Brooks
Covington County, Alabama

STATE OF ALABAMA
   vs.
SHANNON L BRYANT
PO BOX 2075
ANDALUSIA, AL 36420-1234

SSN/EIN: XXX-XX-9290
Type of Tax: Individual Income Tax
Tax Period(s): FY(s) ending 12/31/2014
Account Number: HT-R003672533
Lien Number: 1473132032

Filed with: Covington County

Amount of Lien: $21,153.77

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:      Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Collection Services Division, PO Box 327820, Montgomery, AL 36132-7820. Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE:    Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division, Room 3143 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

B 2020 P 15254
State Tax Lien
8/10/2020 2 20 48 PM
$0.00
Stacy B. Brooks
Covington County, Alabama

July 30, 2020

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA

vs.

SHANNON L BRYANT
PO BOX 2075
ANDALUSIA, AL 36420-1234

SSN/BIN: XXX-XX-9290
Type of Tax: Individual Income Tax
Tax Period(s): FY(s) ending 12/31/2015
Account Number: IIT-R003672533
Lien Number: 535246336

Filed with: Covington County

Amount of Lien: $22,652.87

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:

Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Collection Services Division, PO Box 327820, Montgomery, AL 36132-7820. Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE:

Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division, Room 3143 Gordon Persons Building.

## ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

Letter Id: L0513598880

B:2020 P:15256
State Tax Lien
6/10/2020 2:22:57 PM
$0.00
Stacy B. Brooks
Covington County, Alabama

July 30, 2020

### CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
  vs.
SHANNON L BRYANT
PO BOX 2075
ANDALUSIA, AL 36420-1234

SSN/EIN: XXX-XX-9290
Type of Tax: Individual Income Tax
Tax Period(s): FY(s) ending 12/31/2016
Account Number: IIT-R003672533
Lien Number: 258225664

Filed with: Covington County

Amount of Lien: $7,302.82

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of
Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above
amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:    Please record one copy of this tax lien in the real property records. Return
one copy with endorsement and recording data to the Department of
Revenue, Collection Services Division, PO Box 327820, Montgomery, AL
36132-7820. Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE:    Please record this tax lien in your UCC records. Return one copy with
recording data to the Department of Revenue, Collection Services
Division, Room 3143 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

January 12, 2022

### CERTIFICATE OF LIEN FOR TAXES

Letter Id: L2080562272

B:2022 P:1271
State Tax Lien
1/18/2022 2:52:22 PM
$0.00
Stacy B. Brooks
Covington County, Alabama

STATE OF ALABAMA
vs.
SHANNON L BRYANT
PO BOX 2075
ANDALUSIA, AL 36420-1234

SSN/BIN: XXX-XX-9290
Type of Tax: Individual Income Tax
Tax Period(s): FY(s) ending 12/31/2017
Account Number: IIT-R003672533
Lien Number: 111185408

Filed with: Covington County

Amount of Lien: $5,847.42

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:    Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Collection Services Division, PO Box 327820, Montgomery, AL 36132-7820. Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE:    Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division, Room 3143 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

January 11, 2022

## CERTIFICATE OF LIEN FOR TAXES

Letter Id: L1314282592

B:2022 P:1085
State Tax Lien
1/14/2022 10:47:58 AM
$0.00
Stacy B. Brooks
Covington County, Alabama

STATE OF ALABAMA
vs.
SHANNON L BRYANT
PO BOX 2075
ANDALUSIA, AL 36420-1234

SSN/EIN: XXX-XX-9290
Type of Tax: Individual Income Tax
Tax Period(s): FY(s) ending 12/31/2018
Account Number: IIT-R003672533
Lien Number: 1611331072

Filed with: Covington County

Amount of Lien: $4,724.57

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:  Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Collection Services Division, PO Box 327820, Montgomery, AL 36132-7820. Phone: 334-242-1220 Fax: 334-242-8342

SECRETARY OF STATE:  Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Collection Services Division, Room 3143 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE

50 North Ripley Street
Montgomery, AL 36132

revenue.alabama.gov

# State of Alabama
# Department of Revenue



November 21, 2024

Letter Id: L1203594720

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
vs.
SHANNON L BRYANT
DBA SHANNON BRYANT'S WRECKER
1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

B:2024 P:20804
State Tax Lien
12/3/2024 10:58:41 AM
$0.00
Stacy B. Brooks
Covington County, Alabama

SSN/EIN: XXX-XX-9290
Type of Tax: Sales Tax
Tax Period(s): 11/2023, 12/2023
Account Number: SLS-R006106853
Lien Number: 1171807744

Filed with: Covington County

Amount of Lien: $897.44

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:

Please record one copy of this tax lien in the real property records. Return one copy with endorsement and recording data to the Department of Revenue, Sales and Use Tax Division PO Box 327720 Montgomery, AL 36132-7720. Phone: (334) 242-1340 Fax: (334) 353-7867

SECRETARY OF STATE:

Please record this tax lien in your UCC records. Return one copy with recording data to the Department of Revenue, Sales and Use Tax Division, Room 4309 Gordon Persons Building.

ALABAMA DEPARTMENT OF REVENUE

60 North Ripley Street
Montgomery, AL 36132

revenue.alabama.gov

# State of Alabama
# Department of Revenue



December 19, 2024                    Letter Id: L1310275040

## CERTIFICATE OF LIEN FOR TAXES

STATE OF ALABAMA
vs.
SHANNON L BRYANT
PO BOX 2075
ANDALUSIA, AL 36420-1234

B:2024 P:22418
State Tax Lien
12/20/2024 1:15:32 PM
$0.00
Stacy B. Brooks
Covington County, Alabama

SSN/EIN: XXX-XX-9290
Type of Tax: Individual Income Tax                    Filed with: Covington County
Tax Period(s): FY(s) ending 12/31/2019
Account Number: IIT-R003672533
Lien Number: 367226368

Amount of Lien: $4,357.71

As provided by §40-1-2 and §40-29-20, et seq., Code of Alabama 1975, the Alabama Department of
Revenue certifies that the above-named Taxpayer is indebted to the Department of Revenue in the above
amount. The State claims a lien upon all property and rights to property belonging to said Taxpayer.

PROBATE JUDGE:          Please record one copy of this tax lien in the real property records. Return
                        one copy with endorsement and recording data to the Department of
                        Revenue, Collection Services Division PO Box 327820 Montgomery, AL,
                        36132-7820. Phone: (334) 242-1220 Fax: (334) 242-8342

SECRETARY OF STATE:     Please record this tax lien in your UCC records. Return one copy with
                        recording data to the Department of Revenue, Collection Services
                        Division, P.O. Box 327820, Montgomery, AL 36132-7820.

## ALABAMA DEPARTMENT OF REVENUE

Form 668 (Y)(c)
(Rev. February 2004)

11874

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 829-3903 | Serial Number<br><br>154340015 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

2015    112
Recorded in the Above
UCC Book & Page
05-04-2015 03:11:14 PM
Benjamin M. Bowden, Probate Judge
Covington County, Alabama
Tern/Cashier: PATSYG-PC / recept
Tran: 11449,113664,144945
UCR Certification Fee
CRF Indexing Fee (Pro Index)
REC Recording Fee
Total Fees:   $ 18.00
Covington County, Alabama
I certify this instrument was filed on
05-04-2015 03:11:14 PM
and recorded in UCC Book
2015 at pages 112 - 113
Benjamin M. Bowden, Probate Judge

Name of Taxpayer SHANNON L & MERRY C BRYANT

Residence
PO BOX 2075
ANDALUSIA, AL 36420-1234

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2011 | XXX-XX-9290 | 07/07/2014 | 08/06/2024 | 26831.99 |

| Place of Filing | | |
|---|---|---|
| Judge of Probate<br>Covington County<br>Andalusia, AL 36420 | Total | $    26831.99 |

This notice was prepared and signed at NASHVILLE, TN , on this,

the _23rd_ day of _April_ , _2015_ .

| Signature<br><br>for P.A. BELTON | Title<br>ACS SBSE<br>(800) 829-3903 | 25-00-0008 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971-2 C.B. 409) Form 668(Y)(c) (Rev. 2-2004)

CAT. NO 60026X

Case 25-30559 c.D. 101   Filed 03/10/25   Entered 03/10/25 13:29:16   Desc Main
Document   Page 103 of 157

17489

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>427120821 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

B:2021 P:72
Federal Tax Lien
3/25/2021 10:29:34 AM
$17.50
Stacy B. Brooks
Covington County, Alabama

Name of Taxpayer SHANNON L BRYANT

Residence   PO BOX 2075
ANDALUSIA, AL 36420-1234

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2012 | XXX-XX-9290 | 04/01/2019 | 05/01/2029 | 13877.69 |
| 1040 | 12/31/2013 | XXX-XX-9290 | 04/01/2019 | 05/01/2029 | 10004.73 |
| 1040 | 12/31/2015 | XXX-XX-9290 | 04/28/2019 | 05/28/2029 | 20113.46 |
| 1040 | 12/31/2017 | XXX-XX-9290 | 04/08/2019 | 05/08/2029 | 13174.15 |
| 1040 | 12/31/2018 | XXX-XX-9290 | 02/17/2020 | 03/19/2030 | 13740.32 |

| Place of Filing | Judge of Probate<br>Covington County<br>Andalusia, AL 36420 | Total | $ | 70910.35 |
|---|---|---|---|---|

This notice was prepared and signed at _____ NASHVILLE, TN _____ , on this,

the ___15th___ day of ___March___ ___2021___.

Signature _Edwin Dean Curry_       Title
for JEREMY T ROGERS              REVENUE OFFICER        25-14-2812
                                 (334) 309-2864

3005

Form **668-F**
(March 2016)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien Refile
Recorded: 05/04/2015 2015 00:00 112

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Original Serial Number 154340015 | For Use by Recording Office |
|---|---|---|

In accordance with section 6323(g) of the Internal Revenue Code, the Notice of Federal Tax Lien originally filed on May 5, 2015 is hereby refiled with regard to the taxpayer and assessments identified below.

B:2024 P:8359
Federal Tax Lien
6/10/2024 9:10:34 AM
$18.50
Stacy B Brooks
Covington County, Alabama

Name of Taxpayer SHANNON L & MERRY C BRYANT

Address      PO BOX 2075
             ANDALUSIA, AL 36420-1234

The liabilities shown on this lien are being refiled only as they pertain to the name and SSN of the taxpayer shown in the NOTICE OF FEDERAL TAX LIEN REFILING box below.

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2011 | XXX-XX-9290 | 07/07/2014 | 08/06/2034 | 3260.16 |

### Notice of Federal Tax Lien Refile

Refile Serial Number 494417424       Identifying Number* _____ Date 05/23/2024
Current Taxpayer Name*    SHANNON L BRYANT
Current Address* _____

Place of Refiling       Covington
                        Signature for RON HILL
                        Title ____ ADVISOR        (205) 761-4961
*If different from original notice of lien

Original Place of Filing
                    Judge of Probate
                    Covington County
                    Andalusia, AL 36420          Total of Refile  |$       3260.16

The original notice was prepared and executed at ____ NASHVILLE, TN ____ , on this,

the  23rd  day of  April  , 2015.

| Signature for P.A. BELTON | Title ACS SBSE 25-00-0008 |
|---|---|

11874

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 216080416 | For Optional Use by Recording Office |
|---|---|---|

2016    171
Recorded in the Above
UCC Book & Page
07-29-2016 08:25:41 AM
Stacy B. Brooks
Covington County, Alabama
Term/Cashier: PATSYB-PC / patsyb
Tran: 12026.121414.154704
CER Certification Fee          3.00
INF Indexing Fee (Pro Judge)   2.50
REC Recording Fee             13.00
Total Fees:  $ 18.50
Covington County, Alabama
I certify this instrument was filed on
07-29-2016 08:25:41 AM
and recorded in UCC Book
2016 at pages 171 - 171
Stacy B. Brooks

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  SHANNON BRYANT
KUSTOM PAINT & BODY

Residence    PO BOX 2075
ANDALUSIA, AL 36420-1234

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2015 | XX-XXX5562 | 04/11/2016 | 05/11/2026 | 11740.32 |

| Place of Filing | | |
|---|---|---|
| Judge of Probate Covington County Andalusia, AL 36420 | Total $ | 11740.32 |

This notice was prepared and signed at _____ NASHVILLE, TN _____ , on this,

the _____ 08th _____ day of _____ June _____ , _____ 2016 _____ .

| Signature *Cheryl Cordero* for JEREMY ROGERS | Title REVENUE OFFICER (205) 909-4833 | 25-02-2523 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668(Y)(c) (Rev. 2-2004)

11874

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 232465716 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

2016    221
Recorded in the above
UCC Book & Page
10-12-2016 08:44:34 AM
Stacy B. Brooks
Covington County, Alabama
Term/Cashier: SUZYHI-PC / SuzyH
Trans 12117.122845.156477
CER Certification Fee                3.
INF Indexing Fee (Pro Judge)         0.
REC Recording Fee                    13.
Total Fees: $ 18.50

Covington County, Alabama
I certify this instrument was filed on
10-12-2016 08:44:34 AM
and recorded in UCC Book
2016 at pages 221 - 221
Stacy B. Brooks

Name of Taxpayer  SHANNON BRYANT
KUSTOM PAINT & BODY

Residence        PO BOX 2075
ANDALUSIA, AL 36420-1234

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/2016 | XX-XXX5562 | 07/11/2016 | 08/10/2026 | 15414.81 |

| Place of Filing | | |
|---|---|---|
| Judge of Probate Covington County Andalusia, AL 36420 | Total $ | 15414.81 |

This notice was prepared and signed at  NASHVILLE, TN  , on this,

the  03rd  day of  October , 2016 .

| Signature for JEREMY ROGERS | Title REVENUE OFFICER (205) 909-4833 | 25-02-2523 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

11874

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 243904316 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

2017  4
Recorded in the Above
UCC  Book & Page
01-10-2017 09:56:27 AM
Stacy B. Brooks
Covington County, Alabama
Term/Cashier: SUZYHI-PC / SuzyH
Tran: 12219.124273.158350
CER Certification Fee         3.00
INF Indexing Fee (Pro Judge)  2.50
REC Recording Fee            13.00
Total Fees: $ 18.50

Name of Taxpayer SHANNON BRYANT
KUSTOM PAINT & BODY

Residence         PO BOX 2075
ANDALUSIA, AL 36420-1234

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2016 | XX-XXX5562 | 10/10/2016 | 11/09/2026 | 17675.54 |
| | | | | | |
| | | | | Covington County, Alabama I certify this instrument was filed on 01-10-2017 09:56:27 AM and recorded in UCC Book 2017 at Pages 4 - 4 Stacy B. Brooks | |

| Place of Filing | Judge of Probate Covington County Andalusia, AL 36420 | Total | $ | 17675.54 |
|---|---|---|---|---|

This notice was prepared and signed at         NASHVILLE, TN         , on this,

the    30th    day of    December    , 2016 .

| Signature for JEREMY ROGERS | *Cheryl Cordare* | Title REVENUE OFFICER (205) 909-4833 | 25-02-2523 |
|---|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971-2 C.B. 409)                                                    Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Filed 03/10/25    Entered 03/10/25 13:29:16    Desc Main
Document    Page 108 of 157

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>263390917 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

2017   107
Recorded in the above
UCC Book & Page
05-31-2017 02:22:53 PM
Stacy B. Brooks
Covington County, Alabama
Term/Cashier: HEATHER-PC - Heather9
Trans: 12406,125627,161451
CER Certification Fee        3.00
INT Indexing Fee (Pro Judge) 2.50
REC Recording Fee           13.00
Total Fees:  $ 18.50
Covington County, Alabama
I certify this instrument was filed on
05-31-2017 02:22:53 PM
and recorded in UCC Book
2017 at pages 107 - 107
Stacy B. Brooks

Name of Taxpayer  SHANNON BRYANT
KUSTOM PAINT & BODY

Residence    PO BOX 2075
ANDALUSIA, AL 36420-1234

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 940 | 12/31/2016 | XX-XXX5562 | 05/01/2017 | 05/31/2027 | 417.93 |
| 941 | 09/30/2016 | XX-XXX5562 | 03/20/2017 | 04/19/2027 | 20544.31 |

| Place of Filing | | |
|---|---|---|
| Judge of Probate<br>Covington County<br>Andalusia, AL 36420 | Total $ | 20962.24 |

This notice was prepared and signed at    NASHVILLE, TN                                    , on this,

the    23rd    day of    May    , 2017 .

| Signature    *Joan Flack*<br>for JEREMY T ROGERS | Title<br>REVENUE OFFICER<br>(334) 309-2864 | 25-02-2712 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60026X

Case 25-30558c-pdm1    Doc 1    Filed 03/10/25    Entered 03/10/25 13:29:16    Desc Main
Document    Page 109 of 157

11874

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 269996917 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

2017    141
Recorded in the Above
UCC Book & Page
07-24-2017 11:18:38 AM
Stacy B. Brooks
Covington County, Alabama
Term/Cashier: SUZYH2-PC / SuzyH
Item 15462.127497.162580
UCC Certification Fee        3.00
UC Indexing Fee (Pro Judge)  2.50
UC Recording Fee            13.00
Total Fees:  $ 18.50

Name of Taxpayer SHANNON BRYANT
KUSTOM PAINT & BODY

Residence    PO BOX 2075
ANDALUSIA, AL 36420-1234

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2016 | XX-XXX5562 | 04/17/2017 | 05/17/2027 | 5388.43 |

Covington County, Alabama
I certify this instrument was filed on
07-24-2017 11:18:38 AM
and recorded in UCC Book
141 at Pages 141 - 141
Stacy B. Brooks

| Place of Filing | | |
|---|---|---|
| Judge of Probate Covington County Andalusia, AL 36420 | Total $ | 5388.43 |

This notice was prepared and signed at    NASHVILLE, TN    , on this,

the    12th    day of    July    ,    2017    .

| Signature  Joan Flach  for JEREMY T ROGERS | Title REVENUE OFFICER (334) 309-2864 | 25-02-2712 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

**Form 668 (Y)(c)**
(Rev. February 2004)

11874

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>274779017 | For Optional Use by Recording Office |

2017   165
Recorded in the Above
UCC Book & Page
08-28-2017 10:40:51 AM
Stacy B. Brooks
Covington County, Alabama
Term/Cashier: HAETHERH2-PC / Heather H
Tran# 12512.128077.163326
CER Certification Fee           3.00
INF Indexing Fee (Pro Judge)    2.50
REC Recording Fee              13.00
Total Fees:  $ 18.50
Covington County, Alabama
I certify this instrument was filed on
08-28-2017 10:40:51 AM
and recorded in UCC Book
2017 at pages 165 - 165
Stacy B. Brooks

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  SHANNON BRYANT
KUSTOM PAINT & BODY

Residence  PO BOX 2075
ANDALUSIA, AL 36420-1234

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 03/31/2017 | XX-XXX5562 | 07/03/2017 | 08/02/2027 | 4323.28 |

| Place of Filing | | |
|---|---|---|
| Judge of Probate<br>Covington County<br>Andalusia, AL 36420 | Total $ | 4323.28 |

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the ___16th___ day of ___August___, ___2017___

| Signature  *Joan Flach*<br>for JEREMY T ROGERS | Title<br>REVENUE OFFICER<br>(334) 309-2864 | 25-02-2712 |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>286113717 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

2017  235
UCC Book & Page
CER Certification Fee          3.00
INF Indexing Fee (Pro Judge)   2.50
REF Refund Fee Code           13.00
Total Fees:  $ 18.50
Covington County, Alabama
I certify this instrument was filed on
11-27-2017 09:44:29 AM
and recorded in UCC Book
2017 at pages 235 - 235
Stacy B. Brooks

Name of Taxpayer  SHANNON BRYANT
KUSTOM PAINT & BODY

Residence          PO BOX 2075
ANDALUSIA, AL 36420-1234

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 06/30/2017 | XX-XXX5562 | 09/25/2017 | 10/25/2027 | 4469.21 |

| Place of Filing | Judge of Probate<br>Covington County<br>Andalusia, AL 36420 | | Total | $ | 4469.21 |
|---|---|---|---|---|---|

This notice was prepared and signed at _____ NASHVILLE, TN _____ , on this,

the ___14th___ day of ___November___, ___2017___.

| Signature  *Joan Flach*<br><br>for JEREMY T ROGERS | Title<br>REVENUE OFFICER<br>(334) 309-2864 | 25-02-2712 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

**Form 668 (Y)(c)**
(Rev. February 2004)

17512

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>374648319 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

B:2019 P:142
Federal Tax Lien
8/23/2019 3:07:51 PM
$17.50
Stacy B. Brooks
Covington County, Alabama

Name of Taxpayer  SHANNON BRYANT
KUSTOM PAINT & BODY

Residence       PO BOX 2075
ANDALUSIA, AL 36420-1234

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 940 | 12/31/2018 | XX-XXX5562 | 04/22/2019 | 05/22/2029 | 56.55 |
| 941 | 03/31/2019 | XX-XXX5562 | 07/08/2019 | 08/07/2029 | 2534.04 |

| Place of Filing | | | |
|---|---|---|---|
| | Judge of Probate<br>Covington County<br>Andalusia, AL 36420 | Total $ | 2590.59 |

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the ____08th____ day of ____August____, ____2019____.

| Signature<br><br>for JEREMY T ROGERS | Title<br>REVENUE OFFICER<br>(334) 309-2864 | 25-14-2812 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971-2 C.B. 409)

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

Case 25-30558  Doc 1    Filed 03/10/25    Entered 03/10/25 13:29:16    Desc Main
Document      Page 113 of 157
Part 1 - Kept By Recording Office

17489

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>427390321 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

B:2021 P:75
Federal Tax Lien
3/29/2021 3:59:44 PM
$17.50
Stacy B. Brooks
Covington County, Alabama

| Name of Taxpayer | SHANNON BRYANT<br>KUSTOM PAINT & BODY |
|---|---|

| Residence | PO BOX 2075<br>ANDALUSIA, AL 36420-1234 |
|---|---|

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 2290 | 07/01/2019 | XX-XXX5562 | 02/03/2020 | 03/05/2030 | 150.16 |
| 941 | 06/30/2019 | XX-XXX5562 | 10/07/2019 | 11/06/2029 | 1120.33 |
| | | | | | |
| | | | | | |

| Place of Filing | Judge of Probate<br>Covington County<br>Andalusia, AL 36420 | Total | $ 1270.49 |
|---|---|---|---|

This notice was prepared and signed at _____ NASHVILLE, TN _____ , on this,

the _____17th_____ day of _____March_____ _____2021_____ .

| Signature<br>*Edwin Jean Curry*<br>for JEREMY T ROGERS | Title<br>REVENUE OFFICER<br>(334) 309-2864 | 25-14-2812 |
|---|---|---|

NOTE: Certificate of officer authorized by law to take acknowledgement is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668(Y)(c) (Rev. 2-2004)

17628

Form 668 (Y)(c)
(Rev. February 2004)

**Department of the Treasury - Internal Revenue Service**

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 463662122 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  SHANNON BRYANT

B:2022 P:291
Federal Tax Lien
12/13/2022 8:50:21 AM
$17.50
Stacy B. Brooks
Covington County, Alabama

Residence          1763 STANLEY AVE
                   ANDALUSIA, AL 36420

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2020 | XX-XXX5562 | 05/31/2021 | 06/30/2031 | 2052.31 |
| 940 | 12/31/2021 | XX-XXX5562 | 05/23/2022 | 06/22/2032 | 106.48 |
| 941 | 03/31/2020 | XX-XXX5562 | 09/21/2020 | 10/21/2030 | 6671.51 |
| 941 | 09/30/2020 | XX-XXX5562 | 03/29/2021 | 04/28/2031 | 1366.72 |
| 941 | 03/31/2021 | XX-XXX5562 | 09/06/2021 | 10/06/2031 | 1200.26 |
| 941 | 09/30/2021 | XX-XXX5562 | 02/14/2022 | 03/15/2032 | 4848.63 |

| Place of Filing | | |
|---|---|---|
| Judge of Probate Covington County Andalusia, AL 36420 | Total $ | 16245.91 |

This notice was prepared and signed at _____ NASHVILLE, TN _____ , on this,

the ___02nd___ day of ___December___, ___2022___.

| Signature for JEREMY T ROGERS | Title REVENUE OFFICER (334) 309-2864 | 25-14-2812 |
|---|---|---|

NOTE:  Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971-2 C.B. 409

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Form 668 (Y)(c)
(Rev. February 2004)

3005

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 466615623 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

B:2023 P:33
Federal Tax Lien
2/1/2023 2:47:08 PM
$17.50
Stacy B. Brooks
Covington County, Alabama

Name of Taxpayer SHANNON BRYANT
KUSTOM PAINT & BODY

Residence    PO BOX 2075
ANDALUSIA, AL 36420-1234

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2022 | XX-XXX5562 | 11/28/2022 | 12/28/2032 | 6267.09 |
| 941 | 09/30/2022 | XX-XXX5562 | 12/26/2022 | 01/25/2033 | 27169.29 |
| | | | | | |

| Place of Filing | Judge of Probate Covington County Andalusia, AL 36420 | Total | $ | 33436.38 |
|---|---|---|---|---|

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the ____24th____ day of ____January____, ____2023____.

| Signature for JEREMY T ROGERS | Title REVENUE OFFICER (334) 309-2864 | 25-14-2812 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971-2 C.B. 409)

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| | 3005 | Department of the Treasury - Internal Revenue Service | | |
|---|---|---|---|---|
| **Form 668 (Y)(c)** |  | **Notice of Federal Tax Lien** | | |
| (Rev. February 2004) | | | | |

| Area: | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | 476757823 | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

B:2023 P:12755
Federal Tax Lien
8/8/2023 9:23:14 AM
$17.50
Stacy B. Brooks
Covington County, Alabama

| Name of Taxpayer | SHANNON BRYANT KUSTOM PAINT & BODY |
|---|---|
| Residence | PO BOX 2075 ANDALUSIA, AL 36420-1234 |

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2022 | XX-XXX5562 | 04/17/2023 | 05/17/2033 | 115.68 |
| 941 | 12/31/2022 | XX-XXX5562 | 04/03/2023 | 05/03/2033 | 13213.79 |
| 941 | 03/31/2023 | XX-XXX5562 | 07/10/2023 | 08/09/2033 | 14166.54 |

| Place of Filing | | |
|---|---|---|
| Judge of Probate Covington County Andalusia, AL 36420 | Total | $ 27496.01 |

This notice was prepared and signed at **NASHVILLE, TN** , on this,

the **01st** day of **August** , **2023** .

| Signature | Title | |
|---|---|---|
| for JEREMY T ROGERS | REVENUE OFFICER (334) 309-2864 | 25-14-2812 |

NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971-2 C.B. 409 Form 668 (Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Case 25-30353 C.Doc 1   Filed 03/10/25   Entered 03/10/25 13:29:16   Desc Main
Document   Page 117 of 157
Kept By Recording Office

3005

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | 504302424 | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

B:2024 P:19466
Federal Tax Lien
11/12/2024 1:28:03 PM
$17.50
Stacy B. Brooks
Covington County, Alabama

Name of Taxpayer SHANNON BRYANT
KUSTOM PAINT & BODY

Residence       1763 STANLEY AVE
ANDALUSIA, AL 36420-7415

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2023 | XX-XXX5562 | 04/15/2024 | 05/15/2034 | 335.21 |
| 941 | 06/30/2023 | XX-XXX5562 | 10/09/2023 | 11/08/2033 | 10702.27 |
| 941 | 09/30/2023 | XX-XXX5562 | 01/01/2024 | 01/31/2034 | 8718.39 |
| 941 | 12/31/2023 | XX-XXX5562 | 04/01/2024 | 05/01/2034 | 8377.39 |
| 941 | 03/31/2024 | XX-XXX5562 | 05/27/2024 | 06/26/2034 | 5108.04 |

| Place of Filing | | |
|---|---|---|
| Judge of Probate Covington County Andalusia, AL 36420 | Total $ | 33241.30 |

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the ___30th___ day of ___October___, ___2024___.

| Signature | Title REVENUE OFFICER (334) 309-2839 | 25-14-2817 |
|---|---|---|
| for YOLANDA D BILLUPS | | |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X



# RDS
revenue discovery systems

**For Assistance**


Toll-Free Phone: 800.556.7274
Toll-Free Fax: 866.904.8499
Se habla español.


Email: auditsupport@portforliorecovery.com
Website: www.revds.com


600 Beacon Parkway West
Suite 900
Birmingham, AL 35209

### CERTIFICATE OF LIEN FOR TAXES

**REVENUE DISCOVERY SYSTEMS**
**VS**
**SHANNON BRYANT**
**DBA: KUSTOM PAINT & BODY**
**207 HUCKLEBERRY STREET**
**ANDALUSIA, AL  36420**

2016   2237
Recorded in the Above
Misc. Book & Page
10-31-2016 11:51:10 AM

**FILED WITH: COVINGTON COUNTY**

Covington County, Alabama

| | | | |
|---|---|---|---|
| **SSN/EIN:** | 26-4205562 | | |
| **Type of Tax:** | Sales | **Consumers Use** | **Business License** |
| **Tax Period(s):** | 05/2009 - 11/2010; | 12/2011; 06/2012 | 2011 - 2013 |
| | 06/2011 - 08/2011 | 10/2012; 05/2013 | |
| | 06/2012; 09/2012; | 07/2013; 12/2013 | |
| | 07/2013; 12/2013 | | |
| **Account Number:** | 186798 | | |
| **Amount of Lien:** | $12,107.74 | $1,227.69 | $223.50 |

As provided by Section 40-29-20, *et seq.*, Code of Alabama 1975, Revenue Discovery Systems, a duly authorized representative of **Andalusia**, a municipal corporation within the State of Alabama, certifies that the above-named Taxpayer is indebted to the **Andalusia**, in the above amount for the payment of which **Andalusia** claims a lien upon all property and rights to property belonging to said Taxpayer.

**PROBATE JUDGE:**

Please record one copy of this tax lien in the real property records.
Return one copy with endorsement and recording data to:
*Revenue Discovery Systems*
*P. O. Box 830725*
*Birmingham, AL  35283-0725*
Phone:  205-423-4100, Fax: 205-423-4040

Tera/Cashier: PATRYG-PC / patsys
Tran: 22137.123178.156989
CER Certification Fee          2.00
Indexing Fee (Probate)        1.50
Recording Fee                 5.00
Total Fees:  $ 8.50
Covington County, Alabama
I certify this instrument was filed on
10-31-2016 11:51:10 AM
and recorded in Misc Book
2016 at pages 2237 - 2237
Stacy B. Brooks

**PREPARED BY:**

Joann S. Price
Authorized Representative
Revenue Discovery Systems
P. O. Box 830725
Birmingham, AL 35283

This instrument was acknowledged before me on the ____ day of October 20 16. This person is personally known to me or has produced proper identification.

Notary Public – State at Large
State of Alabama


ANGELA
NOTA...
My Comm. Exp.
6-9-18
STATE OF
PUBLIC
ALABAMA



# RDS
revenue discovery systems

**For Assistance**


Toll-Free Phone: 800.556.7274
Toll-Free Fax: 866.904.8499
Se habla español.

Email: auditsupport@portforliorecovery.com
Website: www.revds.com

600 Beacon Parkway West
Suite 900
Birmingham, AL 35209

## CERTIFICATE OF LIEN FOR TAXES

**REVENUE DISCOVERY SYSTEMS**
VS
**SHANNON BRYANT**
**DBA: KUSTOM PAINT & BODY**
**207 HUCKLEBERRY STREET**
**ANDALUSIA, AL 36420**

**2016    2238**
Recorded in the Above
Misc Book & Page
10-31-2016 11:53:52 AM

**FILED WITH: COVINGTON COUNTY**

Covington County, Alabama
Tera/Cashier: PATSYG-PC / patsyg
Trans# 12137,12317B,156896
CER Certification Fee            1.10
INF Indexing Fee (Pro Judge)    1.50
REC Recording Fee               2.90
Total Fees: $ 8.50
Covington County, Alabama
I certify this instrument was filed on
10-31-2016 11:53:52 AM
and recorded in Misc Book
2016 at pages 2238 - 2238
Stacy B. Brooks

| | | |
|---|---|---|
| **SSN/EIN:** | 26-4205562 | |
| **Type of Tax:** | Sales | **Consumers Use** |
| **Tax Period(s):** | 05/2009 – 11/2010; | 12/2011; 06/2012 |
| | 06/2011 – 08/2011 | 10/2012; 05/2013 |
| | 06/2012; 09/2012; | 07/2013; 12/2013 |
| | 07/2013; 12/2013 | |
| **Account Number:** | 186798 | |
| **Amount of Lien:** | $11,400.54 | $854.71 |

As provided by Section 40-29-20, *et seq.*, Code of Alabama 1975, Revenue Discovery Systems, a duly authorized representative of **Covington County**, a municipal corporation within the State of Alabama, certifies that the above-named Taxpayer is indebted to the **Covington County**, in the above amount for the payment of which **Covington County** claims a lien upon all property and rights to property belonging to said Taxpayer.

**PROBATE JUDGE:**

Please record one copy of this tax lien in the real property records.
Return one copy with endorsement and recording data to:
*Revenue Discovery Systems*
*P. O. Box 830725*
*Birmingham, AL 35283-0725*
Phone: 205-423-4100, Fax: 205-423-4040

**PREPARED BY**

Joann S. Price
Authorized Representative
Revenue Discovery Systems
P. O. Box 830725
Birmingham, AL 35283

This instrument was acknowledged before me on the
26th day of October 20 16. This person is
personally known to me or has produced proper
identification.

Angela Forbus

Notary Public – State at Large
State of Alabama

ANGELA FORBUS
NOTARY
My Comm Exp 6-7-18
STATE OF AL PUBLIC

IN THE DISTRICT COURT OF COVINGTON    COUNTY

ARMY AVIATION CTR FEDERAL CR UNION VS SHANNON BRYANT & KELLY GOOLSBY

DEFENDANT

BRYANT SHANNON L
ROUTE 1 BOX 313

ANDALUSIA    , AL 36420-0000

PARTY'S ATTORNEY:

LANIER, GRADY O, III
206 S THREE NOTCH STREET

ANDALUSIA    , AL 36420

I, ROGER A POWELL    , CLERK OF THE ABOVE NAMED COURT HEREBY

CERTIFY THAT ON 08/19/97 PLAINTIFF, ARMY AVIATION CTR FED CR UNI RECOVERED

OF DEFENDANT IN SAID COURT A JUDGEMENT FOR THE

SUM OF    $4,635.08 DOLLARS PLUS    $89.00 DOLLARS COURT COSTS, AND

THAT THE PLAINTIFF'S ATTORNEY(S) OF RECORD WAS: PARNELL, CHARLES N, III

GIVEN UNDER MY HAND THIS DATE 09/10/97

CLERK: ROGER A POWELL
COVINGTON COUNTY COURTHSE
ANDALUSIA, AL 36420
(334) 222-4213

OPERATOR: DED
PREPARED: 09/10/97

PLAINTIFF'S ATTORNEY:

PARNELL, CHARLES N, III
641 SOUTH LAWRENCE STREET
P. O. BOX 2189
MONTGOMERY AL 36102

09/24/1997  09:59  REC FEE: $6.00    BOOK: 60   PAGE: 244
COVINGTON CO,AL, SHERRIE R PHILLIPS - PROBATE JUDGE DOC #: 1997  5221    **

AVSO312

IN THE DISTRICT COURT OF COVINGTON COUNTY

B & L INVESTMENTS LLC VS SHANNON BRYANT

DEFENDANT                           PARTY'S ATTORNEY:

BRYANT SHANNON
1763 STANLEY AVENUE

ANDALUSIA      ,AL  36420-0000

I, ROGER A POWELL      , CLERK OF THE ABOVE NAMED COURT HEREBY
CERTIFY THAT ON 08/16/2011 PLAINTIFF,      B & L INVESTMENTS LLC  RECOVERED
OF DEFENDANT IN SAID COURT A JUDGMENT  WITHOUT WAIVER OF EXEMPTIONS FOR THE
SUM OF       $200.00 DOLLARS PLUS       $38.00 DOLLARS COURT COSTS, AND
THAT THE  PLAINTIFF'S    ATTORNEY(S) OF RECORD WAS:

GIVEN UNDER MY HAND THIS DATE 10/03/2011

CLERK: ROGER A POWELL
1? NORTH COURT SQUARE
ANDALUSIA   AL  36420
(334)428-2520

OPERATOR: CAW
PREPARED: 10/03/2011

PLAINTIFF:

B & L INVESTMENTS LLC
105 O'NEAL COURT
ANDALUSIA      ,AL  36420

2011  1680
Recorded in the Above
Misc Book & Page
10-03-2011 02:17:16 PM
Benjamin M. Bowden, Probate Judge
Covington County, Alabama
Term/Cashier: PATSYG-PC / patsys
Tran: 9028.87579.112533
CER Certification Fee              3.00
INF Indexing Fee (Pro Judge)       2.50
REC Recording Fee                  3.00
Total Fees:  $ 8.50
Covington County, Alabama
I certify this instrument was filed on
10-03-2011 02:17:16 PM
and recorded in Misc Book
2011 at pages 1680 - 1680
Benjamin M. Bowden, Probate Judge

NOT AN OFFICIAL COPY

VSO312

ALABAMA JUDICIAL DATA CENTER
COVINGTON COUNTY
CERTIFICATE OF JUDGMENT

SM 2012 900068.00

FRANK L MCGUIRE

---

IN THE DISTRICT COURT OF COVINGTON COUNTY

CAPITAL ONE BANK (USA) N A VS SHANNON L BRYANT

DEFENDANT                                    PARTY'S ATTORNEY:

BRYANT SHANNON L
207 HUCKLEBERRY STREET

ANDALUSIA        ,AL  36420-0000

I, ROGER A POWELL         , CLERK OF THE ABOVE NAMED COURT HEREBY

CERTIFY THAT ON 08/28/2012 PLAINTIFF,       CAPITAL ONE BANK (USA) RECOVERED

OF DEFENDANT IN SAID COURT A JUDGMENT  WITHOUT WAIVER OF EXEMPTIONS FOR THE

SUM OF  $878.09 DOLLARS PLUS           $48.50 DOLLARS COURT COSTS, AND

THAT THE  PLAINTIFF'S    ATTORNEY(S) OF RECORD WAS:
NATHAN JOHN HARRINGTON

GIVEN UNDER MY HAND THIS DATE 09/18/2012

CLERK: ROGER A POWELL
1KC NORTH COURT SQUARE
ANDALUSIA  AL  36420
(332) 428-____

OPERATOR: DES
PREPARED: 09/18/2012

PLAINTIFF'S ATTORNEY:

NATHAN JOHN HARRINGTON
PO BOX 1715
BIRMINGHAM  AL  35201

2012  1772
Recorded in the Above
Misc Book & Page
10-15-2012 12:54:56 PM
Benjamin M. Bowden, Probate Judge
Covington County, Alabama
Term/Cashier: PAISYB-PC / PAYS29
Tran# 9799.95916.122967
CER Certification Fee
INF Indexing Fee (Pro Judge)
REC Recording Fee
Total Fees:  $ 8.50
I certify this instrument was filed on
10-15-2012 12:54:56 PM
and recorded in Misc Book
2012 at Pages 1772 - 1772
Benjamin M. Bowden, Probate Judge

AVS0312

2016    1196
Recorded in the Above
Misc Book & Page
05-31-2016 02:47:46 PM
Stacy B. Brooks
Covington County, Alabama
RMJ 2015 000164.00

ALABAMA JUDICIAL DATA CENTER
COVINGTON    COUNTY
CERTIFICATE OF JUDGMENT

JULIE S MAGEE

---

IN THE DISTRICT COURT OF COVINGTON    COUNTY

ROGER'S REFRIGERATION & ELECT SERV INC VS SHANNON BRYANT

DEFENDANT                          PARTY`S ATTORNEY:

BRYANT SHANNON
1763 STANLEY AVE

ANDALUSIA      ,AL  36420-0000

I, AMY JONES                  , CLERK OF THE ABOVE NAMED COURT HEREBY

CERTIFY THAT ON 01/11/2016 PLAINTIFF,      ROGER'S REFRIGERATION  RECOVERED

OF DEFENDANT IN SAID COURT A JUDGMENT  WITHOUT WAIVER OF EXEMPTIONS FOR THE

SUM OF      $225.25 DOLLARS PLUS      $83.00 DOLLARS COURT COSTS, AND

THAT THE  PLAINTIFF'S    ATTORNEY(S) OF RECORD WAS:

Term/Cashier: PATSYG-PC / patsyg
Tran: 11952.20399.153412
CER Certification Fee          3,00
INF Indexing Fee (Pro Judge)   2,50
REC Recording Fee              3,00
Total Fees:  $ 8.50

GIVEN UNDER MY HAND THIS DATE 05/24/2016

*Amy W Jones*

CLERK: AMY JONES
1K NORTH COURT SQUARE
ANDALUSIA  AL  36420
(334)428-2520

OPERATOR: LEG
PREPARED: 05/24/2016

Covington County, Alabama
I certify this instrument was filed on
05-31-2016 02:47:46 PM
and recorded in Misc Book
2016 at pages 1196 - 1196
Stacy B. Brooks

PLAINTIFF

ROGER'S REFRIGERATION
334 EAST WATSON STREET
PO BOX 159
ANDALUSIA      ,AL  36420-0000

JULIE S MOODY

-----------------------------------------------------------------

IN THE DISTRICT COURT OF COVINGTON        COUNTY

LKQ CORPORATION VS SHANNON BRYANT DBA SHANNON BRYANTS AUTOBODY & TOWI

DEFENDANT                                PARTY`S ATTORNEY:

BRYANT DBA SHANNON BRYANTS AUTOBO
1763 STANLEY AVENUE

ANDALUSIA        ,AL  36420-0000

I, AMY JONES        , CLERK OF THE ABOVE NAMED COURT HEREBY

CERTIFY THAT ON 05/29/2018 PLAINTIFF,        LKQ CORPORATION        RECOVERED

OF DEFENDANT IN SAID COURT A JUDGMENT  WITHOUT WAIVER OF EXEMPTIONS FOR THE

SUM OF        $2,328.40 DOLLARS PLUS        $132.13 DOLLARS COURT COSTS, AND

THAT THE  PLAINTIFF'S        ATTORNEY(S) OF RECORD WAS:
PRIM HARRY SAMUEL III

| | |
|---|---|
| CER Certification Fee | 3.00 |
| INF Indexing Fee (Pro Judge) | 2.50 |
| REC Recording Fee | 3.00 |
| Total Fees: $ 8.50 | |

GIVEN UNDER MY HAND THIS DATE 06/21/2018

CLERK: AMY JONES
1K NORTH COURT SQUARE
ANDALUSIA  AL  36420
(334)428-2520

-----------------------------------------------------------------

OPERATOR: KEC
PREPARED: 06/21/2018

PLAINTIFF'S ATTORNEY:

PRIM HARRY SAMUEL III
PO BOX 2147
DOTHAN  AL  36302

Covington County, Alabama
I certify this instrument was filed on
07-03-2018 12:01:47 PM
and recorded in Misc Book
2018 at pages 1598 - 1598
Stacy B. Brooks

NOT AN OFFICIAL COPY

Debtor 1    **Shannon L. Bryant**

First Name                Middle Name                Last Name

Debtor 2
(Spouse if, filing)    First Name                Middle Name                Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF ALABAMA

Case number
(if known)    _____

☐ Check if this is an
amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases            12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.    **Do you have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.    **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Bryant Equipment Transport, LLC**<br>**1763 Stanley Avenue**<br>**ANDALUSIA, AL 36420** | **Commercial Lease Agreement b/t Debtor & Bryants Equipment Transport, LLC - 1999 Peterbuilt 379 VIN: 1XPSDR7X7N466261**<br>**(Debtor is Lessor)**<br>**Rate: $625.00/mo.**<br>**TO BE ASSUMED** |
| 2.2  **Bryant Equipment Transport, LLC**<br>**1763 Stanley Avenue**<br>**ANDALUSIA, AL 36420** | **Commercial Lease Agreement b/t Debtor and Bryants Equipment Transport, LLC - 1989 Wall Trailer VIN: DLBT5031000891048**<br>**(Debtor is Lessor)**<br>**Rate: $783.00/mo.**<br>**TO BE ASSUMED** |
| 2.3  **Bryant Equipment Transport, LLC**<br>**1763 Stanley Avenue**<br>**ANDALUSIA, AL 36420** | **Commercial Lease Agreement b/t Debtor and Bryants Equipment Transport, LLC- 2006 Trail EZE Trailer VIN: 1DA72T7906P017735**<br>**(Debtor is Lessor)**<br>**Rate: $1,123.00/mo.**<br>**TO BE ASSUMED** |
| 2.4  **Bryant Equipment Transport, LLC**<br>**1763 Stanley Avenue**<br>**ANDALUSIA, AL 36420** | **Commercial Lease Agreement b/t Debtor and Bryants Equipment Transport, LLC-  2000 Peterbilt 378 VIN: 1XPFDB0X2YN511049**<br>**(Debtor is Lessor)**<br>**Rate: $1,519.00**<br>**TO BE ASSUMED** |

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.5 **BRYANT, Estate of SHYRON L.** | **2008 - Lease-Purchase Agreement - Real property (1763 Stanley Ave., Andalusia, AL 36420)  & personal property (misc. hand tools & paint mixing system) assets**<br>**The Estate of Shyron L. Bryant, Lessor**<br>**Shannon L. Bryant, Lessee**<br>**Terms:  Total payment $300,000 w/ monthly payments of $2,900 (Troy Bank & Trust)**<br><br>**TO BE ASSUMED** |
| 2.6 **Shannon Bryant Wrecker, LLC**<br>**1763 Stanley Avenue**<br>**ANDALUSIA, AL 36420** | **Commercial Lease Agreement b/t Debtor and Shannon Bryant Wrecker, LLC - 2006 Chevrolet 550 Rollback VIN: 1GBE5E1206F426219**<br>**(Debtor is Lessor)**<br>**Rate: $467.00/mo.**<br>**TO BE ASSUMED** |
| 2.7 **Shannon Bryant Wrecker, LLC**<br>**1763 Stanley Avenue**<br>**ANDALUSIA, AL 36420** | **Commercial Lease Agreement b/t Debtor and Shannon Bryant Wrecker,LLC - 2003 F350 SD (service truck) VIN: IFDWW33S23ED38736**<br>**(Debtor is Lessor)**<br>**Rate: $335.00/month**<br>**TO BE ASSUMED** |
| 2.8 **Shannon Bryant Wrecker, LLC**<br>**1763 Stanley Avenue**<br>**ANDALUSIA, AL 36420** | **Commercial Lease Agreement b/t Debtor and Shannon Bryant Wrecker, LLC - 1989 Peterbuilt Conventional VIN: 1XP5D29X2KN277713**<br>**(Debtor is Lessor)**<br>**Rate: $1,200.00/mo.**<br>**TO BE ASSUMED** |
| 2.9 **Shannon Bryant Wrecker, LLC**<br>**1763 Stanley Avenue**<br>**ANDALUSIA, AL 36420** | **Commercial Lease Agreement b/t Debtor and Shannon Bryant Wrecker, LLC-  2015 Ford F350 Service Truck VIN: 1FT8W3BT9FEB19218**<br>**(Debtor is Lessor)**<br>**Rate: $729.00/mo.**<br>**TO BE ASSUMED** |
| 2.10 **Shannon Bryant Wrecker, LLC**<br>**1763 Stanley Avenue**<br>**ANDALUSIA, AL 36420** | **Commercial Lease Agreement b/t Debtor and Shannon Bryant Wrecker, LLC - 2020 CAT Skid Steer 299D3**<br>**(Debtor is Lessor)**<br>**Rate: $3,500.00/mo.**<br>**TO BE ASSUMED** |
| 2.11 **Shannon Bryant Wrecker, LLC**<br>**1763 Stanley Avenue**<br>**ANDALUSIA, AL 36420** | **Commercial Lease Agreement b/t the Debtor and Shannon Bryant Wrecker, LLC- shop/equipment located @ 1763 Stanley Ave., Andalusia, Covington County, AL**<br>**(Debtor is Lessor)**<br>**Rate: $2,970.52/mo. - payments are made directly to Troy Bank & Trust.**<br>**TO BE ASSUMED** |

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
| --- | --- |
| 2.12   **Shannon Bryant Wrecker, LLC**<br>**1763 Stanley Ave**<br>**ANDALUSIA, AL 36420** | **Commercial Lease Agreement b/t Debtor and Shannon Bryant Wrecker, LLC- 1986 Freightliner HD Wrecker VIN: 1FUPYCYB2GH287439**<br>**(Debtor is Lessor)**<br>**Rate: $955.00/mo.**<br>**TO BE ASSUMED** |

| Debtor 1 | **Shannon L. Bryant** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF ALABAMA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                                     12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Andrea Lenn Bryant**<br><br>**(Debtor's daughter)** | ■ Schedule D, line **2.14**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**SANTANDER CONSUMER USA** |
| 3.2 | **Kristy Bryant**<br><br>**(Debtor's ex-wife)** | ■ Schedule D, line **2.8**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**COVINGTON SCHOOLS FCU** |
| 3.3 | **Kustom Paint & Body** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **2.10**<br>☐ Schedule G _____<br>**INTERNAL REVENUE SERVICE** |

Case 25-30558    Doc 1    Filed 03/10/25    Entered 03/10/25 13:29:16    Desc Main
Document      Page 129 of 157

▇▇▇ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4   **Kustom Paint & Body** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.1**___<br>☐ Schedule G _____<br>**ALABAMA DEPT OF REVENUE** |
| 3.5   **Kustom Paint & Body** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.2**___<br>☐ Schedule G _____<br>**ALABAMA DEPT OF REVENUE** |
| 3.6   **Kustom Paint & Body** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.3**___<br>☐ Schedule G _____<br>**ALABAMA DEPT OF REVENUE** |
| 3.7   **Merry C. Bryant**<br>**207 Huckleberry Dr.**<br>**Andalusia, AL 36420**<br>**Debtor's ex-wife** | ■ Schedule D, line ___**2.13**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**NATIONSTAR MORTGAGE MR. COOPER** |
| 3.8   **Merry C. Bryant**<br>**207 Huckleberry Dr.**<br>**Andalusia, AL 36420** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.11**___<br>☐ Schedule G _____<br>**INTERNAL REVENUE SERVICE** |

Fill in this information to identify your case:

Debtor 1      **Shannon L. Bryant**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF ALABAMA

Case number
(If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income      12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status\***   ■ Employed   ☐ Not employed | ☐ Employed   ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation**   **Member** | |
| | Occupation may include student or homemaker, if it applies. | **Employer's name**   **Bryants Equipment Transport, LLC** | |
| | | **Employer's address**   **aka Bryant's Equipment, LLC 207 Huckleberry Dr. Andalusia, AL 36420** | |
| | | **How long employed there?**   **Since 01/2025** | |

**\*See Attachment for Additional Employment Information**

### Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $   4,333.33 | $   N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$   0.00 | +$   N/A |
| 4. | Calculate gross Income.  Add line 2 + line 3. | 4. | $   4,333.33 | $   N/A |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | | 4. | $  **4,333.33** | $  **N/A** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $  **0.00** | $  **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $  **0.00** | $  **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $  **0.00** | $  **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $  **0.00** | $  **N/A** |
| 5e. | **Insurance** | 5e. | $  **0.00** | $  **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $  **0.00** | $  **N/A** |
| 5g. | **Union dues** | 5g. | $  **0.00** | $  **N/A** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $  **0.00** + | $  **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $  **0.00**    $  **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $  **4,333.33**    $  **N/A**

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $  **0.00** | $  **N/A** |
| 8b. | **Interest and dividends** | 8b. | $  **0.00** | $  **N/A** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $  **0.00** | $  **N/A** |
| 8d. | **Unemployment compensation** | 8d. | $  **0.00** | $  **N/A** |
| 8e. | **Social Security** | 8e. | $  **0.00** | $  **N/A** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $  **0.00** | $  **N/A** |
| 8g. | **Pension or retirement income** | 8g. | $  **0.00** | $  **N/A** |
| 8h. | **Other monthly income.** Specify: **Lease pymts - solely owned LLC's** | 8h.+ | $  **14,206.52** + | $  **N/A** |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $  **14,206.52**    $  **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $  **18,539.85** + $  **N/A** = $  **18,539.85**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____    11.    +$  **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $  **18,539.85**
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:  | Debtor respective salary from Bryant Equipment Transport, LLC, and Shannon Bryant's Wrecker, LLC, will be $500 each week from each LLC.  Further, the Debtor will receive lease payments from the stated LLC's regarding lease agreements associated with individually-owned equipment/vehicles. |

## Official Form B 6I
## Attachment for Additional Employment Information

| Debtor | | |
|---|---|---|
| Occupation | **Member** | |
| Name of Employer | **Shannon Bryant's Wrecker, LLC** | **(LLC formed 3/13/2023 but operations did not begin until in 01/2025)** |
| How long employed | | |
| Address of Employer | **1763 Stanley Ave.**<br>**Andalusia, AL 36420** | |

## <u>SCHEDULE I - YOUR INCOME</u>
### Attachment A

**Commercial lease payments from Bryant Equipment Transport, LLC:**

| | |
|---|---:|
| 2000 Peterbilt 378 ("blue Pete") VIN: 1XPFDB0X2YN511049 | $1,519.00 |
| 1999 Peterbilt 379 ("red Pete")  VIN: 1XPSDR7X7N466261 | $ 625.00 |
| 2006 Traileze trailer | $1,123.00 |
| 1989 Wall trailer | $  783.00 |
| | $4,050.00 |

**Commercial lease payments from Shannon Bryant Wrecker, LLC:**

| | |
|---|---:|
| 1989 Peterbilt 379 ("green Pete") (wrecker)  VIN: 1XP5D29X2KN277713 | $ 1,200.00 |
| 2006 Chevrolet 550 Rollback | $   467.00 |
| 2015 Ford F-350 service truck | $   729.00 |
| 2020 Cat 29903 skidsteer | $ 3,500.00 |
| 2003 Ford F-350 service truck | $   335.00 |
| 1986 Freightliner FLC HD wrecker VIN# 1FUPYCYB2GH287439 & 1980 White 4910 TR VIN: KPNC1VJ904656 | $  955.00 |
| 1763 Stanley Ave., Andalusia, AL | $ 2,970.52 |
| | $10,156.52 |

$ 4,050.00 + $10,156.52 = $14,206.52

Debtor 1     **Shannon L. Bryant**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF ALABAMA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter
13 expenses as of the following date:
_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:     Describe Your Household**

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ■ No

    Do not list Debtor 1      ☐ Yes.  Fill out this information for
    and Debtor 2.                     each dependent.............

    Do not state the
    dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**     ■ No
                                                                        ☐ Yes

**Part 2:     Estimate Your Ongoing Monthly Expenses**

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  | **Your expenses** |
|---|---|

| | | |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 765.00 |
| **If not included in line 4:** | | |
| 4a.    Real estate taxes | 4a. $ | 0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d.    Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **420.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **80.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **550.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **800.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **50.00** |
| 10. | **Personal care products and services** | | 10. $ | **25.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **20.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | 12. $ | **175.00** |
| | Do not include car payments. | | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **20.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **150.00** |
| | 15c. | Vehicle insurance | 15c. $ | **500.00** |
| | 15d. | Other insurance. Specify: **North American Life - Proj'd pymt on term life ins. policy** | 15d. $ | **200.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: **Tag - 2015 Chev. Corvette** | | 16. $ | **16.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: **Bryant, Est. of Shyron L. - Lease/purchase agreement (TB&T)** | 17c. $ | **2,970.52** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | 19. $ | **0.00** |
| | Specify: | | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:   **Dining out / work lunches** | | 21. +$ | **200.00** |
| | **All in FCU - checking acct maint. svc. charge** | | +$ | **5.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **7,046.52** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **7,046.52** |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **18,539.85** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **7,046.52** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **11,493.33** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.   | Explain here: |

**Fill in this information to identify your case:**

Debtor 1    **Shannon L. Bryant**

First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF ALABAMA

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Shannon L. Bryant**                              X _____
  **Shannon L. Bryant**                                    Signature of Debtor 2
  Signature of Debtor 1

Date **3/5/2025**                                         Date _____

Official Form 106Dec            **Declaration About an Individual Debtor's Schedules**

Debtor 1     **Shannon L. Bryant**

First Name     Middle Name     Last Name

Debtor 2
(Spouse if, filing)    First Name     Middle Name     Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF ALABAMA

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **Unknown** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2024 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **Unknown** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$1,063,564.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 ) | **Rental real estate -<br>AL Hwy 55,<br>Andalusia, AL 36420** | **$2,500.00** | | |

---

### Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

     ■ No.    Go to line 7.

     ☐ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
     * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

     ☐ No.    Go to line 7.

     ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
|  |  |  |  |  |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Local Bank v. Shannon Bryant #23 CV-2024-900012** | **Contract** | **Circuit Court of Covington County, AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Keith Turk v. Shannon Bryant #23-SM-2023-900597** | **Account collection** | **Small Claims Court of Covington Cnty, AL** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Default Judgment entered in favor of Plaintiff & against Debtor on 2/9/2024** |
| **Courtney Bullard v. Shannon Bryant dba Shannon Bryant Paint & Body #23-CV-2023-900087** | **Injunction** | **Circuit Court of Covington Cnty, AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **State of AL Department of Revenue v. Shannon Bryant dba Shannon Bryant's Wrecker, LLC #23-CV-2023-900088** | **Injunction** | **Circuit Court of Covington Cnty, AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Covington Schools Federal Credit Union v. Shannon L. Bryant #CV-2024-900136** | **Account collection/contract** | **Circuit Court of Covington Cnty, AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Dakota Financial, L.L.C., v. Shannon Lenn Bryant #CV-2024-900061** | **Account collection/contract** | **Circuit Court of Covington Cnty, AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **LOCAL BANK**<br>**1635 MCFARLAND BLVD N**<br>**STE 503**<br>**TUSCALOOSA, AL 35406-2204** | **2006 NAS Magic 29' Wizzard boat ID#NASM9035C606**<br>**w/ Mercury 496 Mag motor SN: 0W628313 & 2012 Trailer VIN: 1M5BA2622C1E72579**<br>**(Stated collateral was damaged by repossession agent.)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 07/2024 | Unknown |
| **COVINGTON SCHOOLS FCU**<br>**P O BOX 442**<br>**ANDALUSIA, AL 36420-0442** | **2014 Jeep Wrangler**<br>**VIN: 1C4BJWEG2EL141284**<br><br>**(Sold for $16,001)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 12/2023 | $16,001.00 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

## Part 6:    List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 7:    List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **CFEFA**<br>**205 N 20TH ST - FRANK NELSON BLDG**<br>**STE 600**<br>**BIRMINGHAM, AL 35203** | **Credit counseling** | | **$35.00** |
| **J. KAZ ESPY**<br>**THE ESPY FIRM**<br>**PO DRAWER 6504**<br>**DOTHAN, AL 36302-6504** | | **11/12/2024 - $2,000 (Applied to pre-petition services/fees earned.)**<br><br>**11/26/2024 - $8,000 (Chapter 11)** | **$10,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Received Transfer Address  Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

    ■ No
    ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

**Part 8:   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

---

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☐ No
    ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **ALL IN CREDIT UNION PO DRAWER 8 DALEVILLE, AL 36322** | **XXXX-9791** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 03/06/2025 | $100.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Shannon L. Bryant<br>fdba Kustom Paint & Body<br>1763 Stanley Ave.<br>Andalusia, AL 36420** | **Auto body services**<br><br>**Gregory B. White, CPA<br>Capstone Accounting & Advisors, LLC<br>218 S. Three Notch St.<br>Andalusia, AL 36420** | EIN:    **#26-4205562**<br><br>From-To    **Approx. 2008 - 1/2024** |
| **Bryants Equipment Transport, LLC<br>aka Bryant's Equipment, LLC<br>207 Huckleberry Dr.<br>Andalusia, AL 36420** | **Equipment/Vehicle Transportation & Repair**<br><br>**Gregory B. White, CPA<br>Capstone Accounting & Advisors, LLC<br>218 S. Three Notch St.<br>Andalusia, AL 36420** | EIN:    **92-2500932**<br><br>From-To    **Formed 3/8/2023 (Operations did not begin until in 2024) - N/A.** |
| **Shannon Bryant's Wrecker, LLC<br>1763 Stanley Ave.<br>Andalusia, AL 36420** | **Towing & Recovery**<br><br>**Gregory B. White, CPA<br>Capstone Accounting & Advisors, LLC<br>218 S. Three Notch St.<br>Andalusia, AL 36420** | EIN:    **92-2860848**<br><br>From-To    **Formed 3/13/2023  (Operations did not begin until in _____/2025) - N/A.** |
| **Shannon L. Bryant<br>fdba Shannon Bryant Paint and Body Shop<br>Hwy 55 South<br>Andalusia, AL 36420** | **Auto body repair**<br><br>**Gregory B. White, CPA<br>Capstone Accounting & Advisors, LLC<br>218 S. Three Notch St.<br>Andalusia, AL 36420** | EIN:    **26-4205562**<br><br>From-To    **1/2023 - 1/2024** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

---

**Part 12:**   Sign Below

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers
are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection
with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

__/s/ Shannon L. Bryant_____        _____

**Shannon L. Bryant**                    **Signature of Debtor 2**
**Signature of Debtor 1**

Date   __3/5/2025_____        Date    _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Middle District of Alabama

In re   **Shannon L. Bryant** _____   Case No. _____

_____ Debtor(s)   Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................   $   **Unknown\***

Prior to the filing of this statement I have received ...........................   $   **8,000.00\***

Balance Due ......................................................................................   $   **Unknown\***

**\*Plus possible other retainers as hours are expended and subject to amended Rule 2016 disclosures.  Services are to be rendered at a rate as approved by the Court.**

2.  The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

**Judicial lien avoidances to the extent such liens are brought to attorney's attention before filing; and defense of motions for relief from stay.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions under Section 523, 707 and/or 727.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

3/5/2025 _____      /s/ J. Kaz Espy _____
_Date_                                                              **J. KAZ ESPY ASB-0122-A63E**
                                                                         _Signature of Attorney_
                                                                         **THE ESPY FIRM**
                                                                         **326 N OATES ST**
                                                                         **P O DRAWER 6504**
                                                                         **DOTHAN, AL 36302-6504**
                                                                         **334-793-6288  Fax: 334-712-1617**
                                                                         _Name of law firm_

---

# United States Bankruptcy Court
## Middle District of Alabama

In re   **Shannon L. Bryant**                                    Case No.
_____      Chapter   **11**
                              Debtor(s)              _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **3/5/2025**                         **/s/ Shannon L. Bryant**
_____            _____
                                   **Shannon L. Bryant**
                                   Signature of Debtor

SHANNON L. BRYANT
PO BOX 2075
ANDALUSIA, AL 36420


ALABAMA DEPT OF REVENUE
LEGAL DIVISION
PO BOX 320001
MONTGOMERY, AL 36132-0001


ALEXANDER, FRANK DBA
ANDY AUTO PARTS
PO BOX 669
ANDALUSIA, AL 36420


ARMY AVIATION CENTER FEDERAL CU
P O DRAWER 8
DALEVILLE, AL 36322


B&L INVESTMENTS, LLC
105 O'NEAL COURT
ANDALUSIA, AL 36420


BULLARD, COURTNEY
4087 BEAVER OAKES DR.
DULUTH, GA 30096-5674


CAINE & WEINER COMPANY, INC.
5805 SEPULVEDA BLVD FL 4
VAN NUYS, CA 91411-2532


CAPITAL ONE BANK USA NA
ATTN  BK DEPT
PO BOX 30285
SALT LAKE CITY, UT 84130-0285


COVINGTON SCHOOLS FCU
P O BOX 442
ANDALUSIA, AL 36420-0442

CREDIT ACCEPTANCE CORP
PO BOX 5070
SOUTHFIELD, MI 48086-5070


CREDIT COLLECTIONS
2 WELLS AVE.
NEWTON CENTER, MA 02459-3225


DAKOTA FINANCIAL, LLC
11766 WILSHIRE BLVD.
SUITE 550
LOS ANGELES, CA 90025


DECKER, JERAD M
241 N. COURT ST
MONTGOMERY, AL 36104


DEPT OF ED / AIDVANTAGE
1600 TYSONS BLVD
SUITE 1400
MC LEAN, VA 22102


GEORGE L. PATTERSON, JR.
COVINGTON COUNTY REV. COMM.
1 N. COURT SQ.
ANDALUSIA, AL 36420


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


LKQ CORPORATION
C/O CST CO., INC.
PO BOX 33127
LOUISVILLE, KY 40232


LOCAL BANK, SUCCESSOR BY MERGER
TO PEOPLES BANK OF RED LEVEL
1635 MCFARLAND BLVD N, STE 503
TUSCALOOSA, AL 35406-2204

MCNEILL INC
1344 RIVER FALLS ST.
ANDALUSIA, AL 36421


NATIONSTAR MORTGAGE \ MR. COOPER
8950 CYPRESS WATERS BLVD.
COPPELL, TX 75019


REVENUE DISCOVERY SYSTEMS
600 BEACON PKWY W.
STE 900
BIRMINGHAM, AL 35209


ROGER'S REFRIGERATION & ELECT SERV INC
334 E. WATSON ST.
ANDALUSIA, AL 36420


SANTANDER CONSUMER USA
ATTN BK DEPT
P O BOX 560284
DALLAS, TX 75356-0284


SECURITY CREDIT SERVICES, LLC
2623 W OXFORD LOOP
OXFORD, MS 38655-5442


TROY BANK & TRUST
P O BOX 967
TROY, AL 36081


TURK, KEITH
2526 HWY 84 E
DALEVILLE, AL 36322


W.S. BADCOCK CORP
200 N PHOSPHATE BV
MULBERRY, FL 33860

```
WS BADCOCK
LEGAL DEPARTMENT
PO BOX 724
MULBERRY, FL 33860-9989


CHAMBLESS MATH CARR PC
P O BOX 230759
MONTGOMERY, AL 36123-0759



CHARLES N PARNELL III ESQ
PARNELL & PARNELL
P O BOX 2189
MONTGOMERY, AL 36102-2189


H. SAMUEL PRIM, III, ESQ.
PRIM & MENDHEIM, LLC
P.O. BOX 2147
DOTHAN, AL 36302


INTERNAL REVENUE SERVICE
ATTN: YOLANDA D. BILLUPS, REV. OFFICER
1285 CARMICHAEL WAY
MONTGOMERY, AL 36106-3672


JOHN H NATHAN ESQ
NATHAN & NATHAN
PO BOX 1715
BIRMINGHAM, AL 35201


JUSTIN B. LITTLE ESQ
REYNOLD, REYNOLDS & DUNCAN, LLC
PO BOX 2863
TUSCALOOSA, AL 35403-2863


MARY REYNOLDS WYATT, ESQ.
CHAMBLESS MATH & CARR PC
P O BOX 230759
MONTGOMERY, AL 36123


ROBERT J WILKINS, ESQ.
POLLACK & ROSEN PC
PO BOX 43117
BIRMINGHAM, AL 35243
```

US ATTORNEY
MIDDLE DISTRICT OF ALABAMA
PO BOX 197
MONTGOMERY, AL 36101-0197


US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001


US DEPT OF EDUCATION
LITIGATION UNIT
50 BEALE ST STE 8629
SAN FRANCISCO, CA 94105


US DEPT OF EDUCATION
OFFICE GEN COUNSEL
400 MARYLAND AVE SW RM 6E300
WASHINGTON, DC 20202-2111